UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH BARILE | PRISONER |
| v. | CIVIL NO: 3:00CV2253 (JCH) (HBF) |
| CORRECTIONAL OFFICER DRUMMOND, E T AL. | |

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, <u>Henry K. Snyder, Esquire and Daniel J. Richert, Esquire of Pillsbury Winthrop, LLP, Financial Center, 695 E. Main Street, Stamford, Connecticut 06904, Tel: (860) 965-8234</u> are appointed as counsel for the plaintiff, <u>Keith Barile</u>, in the above-captioned case.  Counsel are directed to file <u>pro bono</u> appearances in this case as soon as possible.

Dated at Bridgeport, Connecticut this 9th day of December, 2003.

KEVIN F. ROWE, Clerk
By

<u>s/s Cynthia Earle</u>

Cynthia Earle,
Staff Attorney