UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KEITH BARILE

    v.                        CIV. NO.   3:00CV2253(JCH)(HBF)

CORRECTIONAL OFFICER DRUMMOND,
ET AL

## **NOTICE TO PARTIES**

    This file is maintained in Bridgeport.

    You should continue to file all filings with the Office of the Clerk, United States District Court for the District of Connecticut at 915 Lafayette Boulevard, Bridgeport, CT 06604.

    You should no longer include the prisoner designation over the case number on any document filed in this action.

    If you have inquiries regarding the status of your case, you should contact the Bridgeport Clerk's Office at (203) 579-5861.

    Dated this 12th day of December, 2003.

                                                  BY ORDER OF THE COURT
                                                  KEVIN F. ROWE, CLERK