# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

FILED
2004 JAN -8 A 9:53
US DISTRICT COURT
BRIDGEPORT CT

Keith Barile

v.

c/o Drummond, et al

CASE NUMBER: 3:00cv2253(HBF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Keith Barile, Plaintiff

| | |
|---|---|
| January 7, 2004 | *(signature)* |
| **Date** | **Signature** |
| ct 25302 | Daniel J. Richert |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (203) 348-2300 | 695 East Main Street |
| **Telephone Number** | **Address** |
| (203) 965-8226 | Stamford, CT 06901 |
| **Fax Number** | |
| drichert@pillsburywinthrop.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Lynn D. Wittenbrink
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

Steven R. Strom
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

*(signature)*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001