# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Keith Barile

v.

c/o Drummond, et al.

**APPEARANCE**

FILED
2004 JAN -8 A 9:53
US DISTRICT COURT
BRIDGEPORT CT

CASE NUMBER: 3:00-CV-2253 (HBF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Keith Barile, Plaintiff

January 7, 2004
**Date**

ct 17242
**Connecticut Federal Bar Number**

(203) 348-2300
**Telephone Number**

(203) 965-8226
**Fax Number**

hsnyder@pillsburywinthrop.com
**E-mail address**

_signature_
**Signature**

Henry K. Snyder
**Print Clearly or Type Name**

695 East Main Street
**Address**

Stamford, CT 06901

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Lynn D. Wittenbrink
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

Steven R. Strom
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_signature_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001