1/13/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONIC STATUS CONFERENCE Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

FEBRUARY 3, 2004

9:30 a.m.

**STATUS CONFERENCE HELD**
Date: 2/3/04

CASE NO. 3-00-cv-2253 (JCH)   Barille v. Drummond

Henry K. Snyder
Daniel J. Richert
Pillsbury Winthrop
Financial Centre
695 E. Main Street
Stamford, CT 06901

Steven R. Strom
Lynn D. Wittenbrink
Attorney General's Office
110 Sherman St.
Hartford, CT 06105

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

**Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone chambers at (203) 579-5554.**