# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

**FILED**
2004 MAY 17 P 12: 02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Keith Barile,

            Plaintiff,

    v.                              CASE NUMBER: 3:00cv2253(HBF)

c/o Drumond, et al.

            Defendants

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Keith Barile, Plaintiff

May 13, 2004
**Date**

*[Signature]*
**Signature**

CT 24892
**Connecticut Federal Bar Number**

Laurie A. Sullivan
**Print Clearly or Type Name**

(203) 348.2300
**Telephone Number**

Pillsbury Winthrop LLP
**Address**

(203) 965.8226
**Fax Number**

695 East Main Street; Stamford, CT 06901

lsullivan@pillsburywinthrop.com
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Lynn D. Wittenbrink
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

Steven R. Strom
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

110162220v1

Appearance.frm.Jan.2001