## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH BARILE | : | PRISONER |
| | : | NO. 3:00CV2253(JCH)(HBF) |
| VS. | : | |
| | : | |
| C.O. DRUMMOND, ET AL. | : | JULY 16, 2004 |

### DEFENDANTS' MOTION FOR EVIDENTIARY HEARING RE EXHAUSTION

The defendants in the above-captioned matter respectfully move this Court for an evidentiary hearing to the Court for the purpose of determining whether or not the plaintiff exhausted his administrative remedies pursuant to the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), as more fully set forth in the attached Memorandum of Law.

DEFENDANTS,
Officer Drummond, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No.:  (860) 808-5591
lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 16th day of July, 2004:

Henry K. Snyder
Daniel J. Richert
Pillsbury Winthrop LLP                   _____/s/_____
695 East Main Street                     Lynn D. Wittenbrink
Stamford, CT  06904                      Assistant Attorney General

2