UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



FILED

2004 AUG 19 P 1: 16
CS
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Keith Barile          :
                      :
v.                    :   Civ.No. 3:00cv2253(JCH)
                      :
C/O Drummond, et al   :

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

| Signature | Party Represented | Date |
|---|---|---|
| *(signed)* Daniel J. Richert | PLAINTIFF | 8-10-04 |
| | | |
| *(signed)* Steven R. Strom | all defendants | 8-5-04 |
| | | |

SIGN THIS FORM AND FORWARD IT TO OTHER COUNSEL. WHEN ALL COUNSEL HAVE SIGNED THE FORM, RETURN IT TO THE CLERK OF THE COURT. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

## ORDER OF REFERENCE



IT IS HEREBY ORDERED that this case be referred to the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

8/16/04
Date

United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of August, 2004, I caused an original copy of the attached Consent to Jurisdiction by a United States Magistrate Judge to be served by First Class U.S. Mail and facsimile upon the following counsel for Defendants:

>Steven R. Strom, Esq.
>Lynn D. Wittenbrink, Esq.
>Attorney General's Office
>110 Sherman Street
>Hartford, CT  06105

Daniel J. Richert (ct 25302)

110163681v1