2004 SEP 27 P 12: 02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH BARILE, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 3:00 CV 2253 (JCH)(HBF) |
| v. | : |
| C.O. DRUMMOND, et al., | : |
| Defendant. | : SEPTEMBER 24, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), Laurie A. Sullivan requests leave to withdraw her appearance as counsel for the plaintiff, Keith Barile, in this matter. Mr. Barile continues to be represented in this matter by attorneys of record Henry K. Snyder and Daniel J. Richert at the firm of Pillsbury Winthrop LLP, and Ms. Sullivan is no longer employed with Pillsbury Winthrop LLP. Mr. Barile is being served with a copy of this Motion by certified mail, return receipt requested.

WHEREFORE, the undersigned respectfully moves for leave to withdraw her appearance in this matter.

                                                   /s/ Laurie A. Sullivan
Laurie A. Sullivan
Federal Bar No. ct24892
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT  06901
(203) 324-8100

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Withdraw Appearance was sent by first-class mail, postage-prepaid, on this 24th day of September, 2004, to:

> Steven Strom, Esq.
> Attorney General's Office
> 110 Sherman Street
> Hartford, CT 06105
>
> Lynn Wittenbrink, Esq.
> Attorney General's Office
> 110 Sherman Street
> Hartford, CT 06105
>
> Henry K. Snyder
> Daniel J. Richert
> Pillsbury Winthrop LL
> 695 East Main Street
> Stamford, CT 06901

and via certified mail, return receipt requested, to:

> Mr. Keith Barile
> Inmate #237196
> Cheshire Correctional Institution
> 900 Highland Avenue
> Cesire, CT 06410

_Laurie A. Sullivan_
Laurie A. Sullivan
Federal Bar No. ct24892

114454 v.01