UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH BARILE  :  <br> :  <br> Plaintiff,  :  <br> :  <br> v.  :  <br> :  <br> :  <br> C.O. DRUMMOND, ET AL.,  :  <br> :  <br> Defendant.  :  <br> : | PRISONER <br> CIVIL NO. 3:00CV2253 (JCH)(HBF) <br><br><br><br> OCTOBER 5, 2004 |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff Keith Barile hereby moves the Court pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure of The United States District Court for the District of Connecticut for the admission of Kenneth A. Newby to represent Plaintiff pro hac vice. In support of this motion, Plaintiff states as follows:

1.  Mr. Newby is an associate with the law firm of Pillsbury Winthrop LLP. His office address is 1540 Broadway, New York, NY, 10036-4039. Mr. Newby's telephone number is (212) 858-1422. His fax number is (917) 464-6894. His email address is knewby@pillsburywinthrop.com.

2.  Mr. Newby is admitted to practice in the State of New York, the State of Connecticut, the Southern District of New York, and the Eastern District of New York.

3.  Mr. Newby has not been denied admission or disciplined by this Court or any other Court.

300145700v1

4.  Mr. Newby has fully reviewed and is familiar with the Rules of The United States District Court for the District of Connecticut.

5.  This motion is accompanied by an affidavit, duly sworn and executed by Mr. Newby, as required by Rule 83.1(d)(1) of the Local Rules of Civil Procedure of The United States District Court for the District of Connecticut.

6.  This motion is accompanied by the appropriate fee of $25.00 pursuant to Local Rule 83.1(d)(2) of the Local Rules of Civil Procedure of The United States District Court for the District of Connecticut.

7.  This motion is sponsored by Henry Snyder, a member of the Bar of this Court.

WHEREFORE, Plaintiff moves for the admission of Kenneth A. Newby.

Respectfully submitted,

PLAINTIFF
KEITH BARILE

By: _____
Henry K. Snyder (ct 17242)
Daniel J. Richert (ct 25302)
Pillsbury Winthrop LLP
695 East Main Street
Stamford, CT 06904
Tel. 203-348-2300
Fax. 203-965-8226
hsnyder@pillsburywinthrop.com
drichert@pillsburywinthrop.com

300145700v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH BARILE | : |
| | : PRISONER |
| Plaintiff, | : CIVIL NO. 3:00CV2253 (JCH)(HBF) |
| | : |
| v. | : |
| | : |
| C.O. DRUMMOND, ET AL., | : OCTOBER 5, 2004 |
| | : |
| Defendant. | : |

**AFFIDAVIT OF KENNETH A. NEWBY IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

STATE OF NEW YORK    )
                     ) ss: New York
NEW YORK COUNTY      )

KENNETH A. NEWBY, being duly sworn deposes and says:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I submit this affidavit, as required by Rule 83.1(d)(1) of the Local Rules of Civil Procedure of The United States District Court for the District of Connecticut, in support of the motion of Plaintiff to permit me to appear pro hac vice in the above-captioned matter.

3. I am associate with the law firm of Pillsbury Winthrop LLP. My office address is 1540 Broadway, New York, NY, 10036-4039. My telephone number is (212) 858-1422. My fax number is (917) 464-6894. My email address is knewby@pillsburywinthrop.com.

300145701v1

4.      I am admitted to practice in the State of New York, the State of Connecticut, the Southern District of New York, and the Eastern District of New York.

5.      I have not been denied admission or disciplined by this Court or any other Court.

6.      I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

_____
Kenneth A. Newby

Subscribed and sworn to before me
this 5th day of October, 2004

_____
Notary Public

ROBERT T. WESTROM
Notary Public, State of New York
No. 01-WE4919195
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Feb. 28, 200_

2

300145701v1

## CERTIFICATE OF SERVICE

I certify that on this 5th day of October, 2004, I caused an original copy of the attached Plaintiff's Motion for Admission Pro Hac Vice of Kenneth A. Newby to be served by First Class U.S. Mail and facsimile upon the following counsel for Defendants:

        Steven R. Strom, Esq.
        Lynn D. Wittenbrink, Esq.
        Attorney General's Office
        110 Sherman Street
        Hartford, CT 06105

/s/ Robert Westrom
Robert Westrom

300145701v1