UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Keith Barile | : | PRISONER |
| | | NO: 3:00CV2253(JCH)(HBF) |
| v. | : | |
| Barry Drummond, et al | : | November 5, 2004 |

## MOTION FOR SECURITY FOR COSTS

The defendants in this matter hereby move this Court for an order directing the plaintiff, Keith Barile, to post a bond as security for costs in the amount of five hundred ($500) dollars in this matter pursuant to Rule 8(a) of the Local Rules of Civil Procedure. The defendants note that pursuant to the Prison Litigation Reform Act, inmates are responsible for the costs of an action. 42 U.S.C. § 1915(b)(2); *Whitfield v. Scully,* 241 F.3d 264 (2d Cir. 2001).

        DEFENDANTS
        Barry Drummond, et al

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:   __/s/_____
        Lynn D. Wittenbrink
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct
        E-Mail:  name@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of November 2004:

Daniel J. Richert
Pillsbury Winthrop LLP
695 East Main Street
Stamford, CT 06904

    /s/
Lynn D. Wittenbrink
Assistant Attorney General