# United States District Court
## District of Connecticut

| | | |
|---|---|---|
| Keith Barile | : | Civil No. 3:00cv2253(JCH)(HBF) |
| *PLAINTIFF* | : | |
| VS. | : | |
| Barry Drummond,etal | : | |
| *DEFENDANT*(s) | : | |

## ORDER

The defendant(s) Barry Drummond,etal, in the above-entitled case, having made application to the Clerk of the Court for an Order requiring the plaintiff to deposit or file a bond with sufficient surety in the sum of $500.00 pursuant to Rule 83.3(a) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut.

It is ORDERED that the plaintiff herein file a $500.00 bond as security for costs in this action within thirty (30) days from the date of this Order.

Dated at Bridgeport, Connecticut, this 9th of November, 2004.

Kevin F. Rowe
Clerk, U.S. District Court

By:/s/ _____
        Deputy Clerk