NOV 02 2004

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER:   3:00CV2253 (JCH) (HBF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Keith Barile, Plaintiff

November 1, 2004
Date

_____
Signature

CT26319
Connecticut Federal Bar Number

Kenneth A. Newby
Print Clearly or Type Name

212-858-1422
Telephone Number

Pillsbury Winthrop LLP
Address

917-464-6894
Fax Number

1540 Broadway, New York, NY 10036

knewby@pillsburywinthrop.com
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Steven R. Strom, Esq.
Lynn D. Wittenbrink, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT  06105

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

Kenneth A. Newby  
Pillsbury Winthrop LLP  
1540 Broadway  
New York, NY 10036

3:00cv2253(JCH)(HBF)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
                                                 :
    Keith Lawrence Barile                        :
                                                 :
    vs.                                          : Civil No. 3:00cv2253 (HBF)
                                                 :
    Drummond, et al                              :
                                                 :
-------------------------------------------------x
```

*File this*

### ORDER RETURNING SUBMISSION

The Clerk has received your <u>Appearance</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)
   _ No certificate of service attached to pleading
   _ Certificate of service fails to list names and addresses of all parties served
   _ Certificate of service is not signed

2. _ L.R.5(d)    Failure to submit document under seal

3. _ L.R.10
   _ Failure to sign pleading (original signature)
   _ Failure to double space
   _ Margin is not free of printed matter
   _ Left hand margin is not one inch
   _ Judge's initials do not appear after the case number
   _ Docket number is missing
   _ Failure to supply federal bar number
   _ Holes not punched in document

4. _ L.R.68      Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d) Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. ✔ Other      **Failure to provide case caption.**

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date:_____11/2/04_____                          _____
                                                  United States District Judge

(TRB)

rev. 1/1/03