```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT


KEITH BARILE                   :
                               :
                               :
v.                             :   CIV. NO. 3:00cv2253 (HBF)
                               :
                               :
                               :
C.O. DRUMMOND, et al.
```

Scheduling Order

The court conducted a telephone conference on November 9, 2004, to discuss rescheduling the trial in this matter. Defendants request an adjournment due to the health condition of one of the defendants. Plaintiff does not object. With the agreement of the parties, the court enters the following schedule.

Motions in limine are due on January 4, 2005.

Responses to motions in limine and the pre-trial memorandum are due on January 14, 2005.

A final pre-trial conference and oral argument on motions in limine will be held on January 19, 2005 at 2 PM.

Jury selection will be held on February 1, 2005 at 9:30 AM, and a 4-5 day trial will commence immediately thereafter.

This is the final postponement in the trial of this matter, absent extraordinary circumstances. Defendants shall provide periodic updates to the court regarding the defendant's

condition.

The parties are encouraged to contact the court should any problems arise that the parties cannot otherwise resolve.

SO ORDERED at Bridgeport this 19th day of November 2004.

```
___/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE
```