UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH BARILE | : |
|            Plaintiff, | :   CIVIL NO. 3:00CV2253 (JCH)(HBF) |
| v. | : |
| C.O. DRUMMOND, ET AL., | :   NOVEMBER 19, 2004 |
|            Defendant. | : |

### AFFIDAVIT OF KEITH LAWRENCE BARILE

STATE OF CONNECTICUT    )
                                       )   ss: Cheshire
COUNTY OF NEW HAVEN     )

KEITH LAWRENCE BARILE, being duly sworn, deposes and says:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am the Plaintiff in the above captioned action.

3. I submit this affidavit in support of my Emergency Motion for Waiver of Bond Requirement Pursuant to Local Rule 83.3(b).

4. The facts set forth in this affidavit are based on my personal knowledge.

5. I have been incarcerated since this action commenced and I am currently an inmate at Cheshire Correctional Institution.

6. I initiated this action *pro se* because I was unable to afford an attorney.

7. Because I could not afford the filing fee, I filed a motion to proceed in this action in forma pauperis. This motion was granted by the Court.

8. Money has been periodically deducted from my inmate account to pay for the filing fee for this action.

9. Because, among other things, I was unable to afford an attorney, I made several requests to the Court for the appointment of counsel.

10. On December 9, 2003, I was appointed pro bono counsel by this Court.

11. As of today's date, November 19, 2004, my financial resources are approximately $11.00.

12. While I work at Cheshire Correctional Institution, I am only paid .75¢ per ~~hour~~. DAY.

13. It would be an extreme financial hardship for me to post a bond of $500.00.

_____
Keith Lawrence Barile

Subscribed and Sworn before me
this 19th day of November, 2004

_____
Commissioner of the Superior Court

2

110165372v1

## CERTIFICATE OF SERVICE

I certify that on this 29 th day of November, 2004, I caused an original copy of the attached Affidavit of Keith Lawrence Barile to be served by First Class U.S. Mail and facsimile upon the following counsel for Defendants:

Steven R. Strom, Esq.
Lynn D. Wittenbrink, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT  06105

_____
Daniel J. Richert (ct 25302)

110165372v1