UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH BARILE | : | |
| Plaintiff, | : | CIVIL NO. 3:00CV2253 (HBF) |
| v. | : | |
| C.O. DRUMMOND, ET AL., | : | JANUARY 4, 2005 |
| Defendants. | : | |

**MOTION IN LIMINE FOR AN ORDER PRECLUDING EVIDENCE OF THE CRIMINAL HISTORIES OF KEITH BARILE AND ANTHONY CRUMP**

Plaintiff Keith Barile, by his attorneys Pillsbury Winthrop LLP, hereby respectfully submits this Motion in Limine for an Order Precluding Evidence of the Criminal Histories of Keith Barile and Anthony Crump.  As more fully set forth in the accompanying Memorandum of Law, Defendants should be precluded from introducing any evidence regarding the criminal histories of Keith Barile and Anthony Crump[1] on the grounds that, pursuant to relevant case law and Fed. R. Evid. 401, 402, 403, 404, 608, and 609, (i) such evidence is not relevant, (ii) the probative value of such evidence is substantially outweighed by its prejudicial effect and could serve to confuse the jury, (iii) such evidence is presumptively inadmissible when the convictions do not involve dishonesty or false statement, and (iv) such evidence is presumptively inadmissible when ten years have passed since the date of the conviction or the conviction was not punishable by death or imprisonment in excess of one year.

---

[1] Due to the similarity of the legal position at issue with regard to Barile and Crump's respective criminal histories, Plaintiff is submitting one Motion in Limine addressing the preclusion of evidence related to both Barile and Crump's criminal histories.

110166041v1

Respectfully submitted,

PLAINTIFF
KEITH BARILE

By: _____
Henry K. Snyder (ct 17242)
Daniel J. Richert (ct 25302)
Kenneth A. Newby (ct 26319)
Pillsbury Winthrop LLP
695 East Main Street
Stamford, CT 06904
Tel. 203-348-2300
Fax. 203-965-8226
hsnyder@pillsburywinthrop.com
drichert@pillsburywinthrop.com
knewby@pillsbuywinthrop.com

2

## CERTIFICATE OF SERVICE

I certify that on this 4th day of January, 2005, I caused an original copy of the attached Plaintiff's Motion in Limine for an Order Precluding Evidence of the Criminal Histories of Keith Barile and Anthony Crump to be served by First Class U.S. Mail upon the following counsel for Defendants:

>Steven R. Strom, Esq.
>Lynn D. Wittenbrink, Esq.
>Attorney General's Office
>110 Sherman Street
>Hartford, CT 06105

_____
Daniel J. Richert (ct 25302)

110166041v1