UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH BARILE, | : | |
| Plaintiff, | : | CIVIL NO. 3:00CV2253 (HBF) |
| v. | : | |
| C.O. DRUMMOND, ET AL., | : | JANUARY 4, 2005 |
| Defendant. | : | |

## PLAINTIFF KEITH BARILE'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF VIRGINIA LAWSUIT AND OTHER LITIGATION

Plaintiff Keith Barile ("Plaintiff"), by his attorneys Pillsbury Winthrop LLP, hereby respectfully submits this Motion in Limine to Preclude Evidence of Virginia Lawsuit or Other Litigation. As set forth in the accompanying memorandum of law, Defendants should be precluded from introducing evidence of Plaintiff's involvement in a certain lawsuit and appeal in Federal Court in Virginia, and any other civil litigation, on the grounds that (i) such evidence is not relevant pursuant to Fed. R. Evid. 401, and (ii) any probative value of such evidence is substantially outweighed by the danger of unfair prejudice.

Respectfully submitted,

PLAINTIFF
KEITH BARILE

By: _____
Henry K. Snyder (ct 17242)
Daniel J. Richert (ct 25302)
Kenneth A. Newby (ct 26319)
Pillsbury Winthrop LLP
695 East Main Street
Stamford, CT 06904
Tel. 203-348-2300
Fax. 203-965-8226
hsnyder@pillsburywinthrop.com
drichert@pillsburywinthrop.com
knewby@pillsbuywinthrop.com

110164965v1

## CERTIFICATE OF SERVICE

I certify that on this 4th day of January, 2005, I caused an original copy of the attached Plaintiff Keith Barile's Motion in Limine to Preclude Evidence of Virginia Lawsuit and Other Litigation to be served by First Class U.S. Mail upon the following counsel for Defendants:

Steven R. Strom, Esq.
Lynn D. Wittenbrink, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT  06105

_____
Daniel J. Richert (ct 25302)

110164965v1