UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 JAN -4 P 4: 01

U.S. DISTRICT COURT
BRIDGEPORT, CONN

.KEITH BARILE                               :
                                            :
                     Plaintiff,             :     CIVIL NO. 3:00CV2253 (HBF)
                                            :
           v.                               :
                                            :
                                            :
C.O. DRUMMOND, ET AL.,                      :     JANUARY 5, 2005
                                            :
                     Defendant.             :

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff Keith Barile has manually filed the Declaration of Daniel J. Richert In Support of Plaintiff's Motion in Limine. This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. This document has been manually served on all parties.

Respectfully submitted,

PLAINTIFF
KEITH BARILE

By: _____
Henry K. Snyder (ct 17242)
Daniel J. Richert (ct 25302)
Kenneth A. Newby (ct 26319)
Pillsbury Winthrop LLP
695 East Main Street
Stamford, CT 06904
Tel. 203-348-2300
Fax. 203-965-8226
hsnyder@pillsburywinthrop.com
drichert@pillsburywinthrop.com
knewby@pillsbuywinthrop.com

110165111v1

## CERTIFICATE OF SERVICE

I certify that on this 5th day of January, 2005, I caused an original copy of the attached Notice of Manual Filing to be served by First Class U.S. Mail upon the following counsel for Defendants:

>Steven R. Strom, Esq.
>Lynn D. Wittenbrink, Esq.
>Attorney General's Office
>110 Sherman Street
>Hartford, CT 06105

_____
Daniel J. Richert (ct 25302)