UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH BARILE | : | CIVIL NO. 3:00CV2253(HBF) |
| | : | |
| VS. | : | |
| | : | |
| BARRY DRUMMOND, ET AL. | : | JANUARY 4, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, **BARRY DRUMMOND, ET AL.**, have manually filed the following documents:

A.    Deposition of ANTHONY CRUMP on September 27, 2004 at 1:40 PM.

These documents have been filed electronically because:

[ X]   The documents cannot be converted to an electronic format.
[  ]   The electronic file size of the document exceeds 1.5 megabytes.
[  ]   The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[  ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS,
Barry Drummond, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax no. (860) 808-5591
lynn.wittenbrink@po.state.ct.us

# CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 4th, day of January, 2005 to:

Daniel J. Richert, Esq.
Pillsbury Winthrop, LLP
695 East Main Street
Stamford, CT  06904

    /s/
Lynn D. Wittenbrink
Assistant Attorney General