```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
 3
       * * * * * * * * * * * * * *
 4                                *
    KEITH BARILE,                 *
 5        PLAINTIFF,              *
                                  *  PRISONER
 6  VS.                           *  CIVIL NO. 3:00CV2253
                                  *
 7  C/O DRUMMOND, ET AL.,         *
                                  *
 8        DEFENDANTS.             *
                                  *
 9  * * * * * * * * * * * * * *   *       COPY
10
11
12  ----------------------------------------------------------
             DEPOSITION OF:  KEITH BARILE
13  ----------------------------------------------------------
14
15
16       Taken before Dawn Kent, Stenographer and Notary
    Public in and for the State of Connecticut, pursuant to the
17  Federal Rules of Civil Procedure, at MacDougall Correctional
    Institution, 1153 East Street South, Suffield, Connecticut,
18  on September 10, 2002, commencing at 10:30 a.m.
19
20
21
22          Brandon Smith Reporting Service
                 11-A Capitol Avenue
23            Hartford, Connecticut 06106
                Phone:  (860) 549-1850
24               Fax:   (860) 549-1537
25
```

Page 2

1                       APPEARANCES

2  ────────────────────────────────────────────

3

   Keith Barile
4  1153 East Street South
   Suffield, Connecticut  06078

5
                        Pro se

6

7

   STATE OF CONNECTICUT
8  Lynn D. Wittenbrink, Assistant Attorney General
   110 Sherman Street
9  Hartford, Connecticut 06105-2294

10                     Representing the Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Barile vs C/O Drummond, et al

9/10/2002  Keith Barile

Page 3

1       STIPULATIONS

2

3       IT IS STIPULATED by the attorneys for the Plaintiff
4  and the Defendant that each party reserves the right to make
5  specific objections in open court to each and every question
6  asked and the answers given thereto by the witness,
7  reserving the right to move to strike out where applicable,
8  except as to such objections as are directed to the form of
9  the question.

10

11      IT IS STIPULATED and agreed between counsel for the
12 parties that the proof of the authority of the Notary Public
13 before whom this deposition is taken is waived.

14

15      IT IS FURTHER STIPULATED and agreed that the reading
16 and signing of this deposition are not waived and any
17 defects in the Notice are waived.

18
19
20
21
22
23
24
25

1    That's why he is one of the defendants in this case.
2         Q.    So you think that C.O. Kurtz is somehow involved
3    in the conspiracy to destroy your grievance?
4         A.    I believe somebody is involved in a conspiracy to
5    either frustrate or deny my attempt to grieve this and to
6    appeal this, yes.
7         Q.    But you don't know who is in on this conspiracy?
8         A.    There's no way for me to know. There's no way for
9    me to know exactly who it is. I can speculate and say who I
10   think it is, but there is no way for me to know exactly who
11   it is.
12        Q.    Now, when you filed Xeroxed copies of what has
13   been marked as Exhibits 8 through 13 with the court, you
14   weren't attempting to mislead the court, were you, sir?
15        A.    No, I was not.
16        Q.    You weren't trying to make the court think that
17   you had filed exhibits, what has been marked as Exhibits 8
18   through 13, physically with the Department of Correction,
19   were you?
20        A.    Would you repeat that question?
21        Q.    What's been marked as Exhibits 8 through 13 --
22        A.    Mm-hmm.
23        Q.    -- are recreated copies, according to your
24   testimony, that you made in response to Mr. Strom's motion
25   to dismiss. Is that correct?

Page 36

```
 1      A.    That's correct.
 2      Q.    You weren't trying to mislead the court into
 3   thinking that these were copies of what had been originally
 4   filed, were you?
 5      A.    No, I was not.  I was attempting to -- what I was
 6   doing was giving them copies of what the original grievances
 7   looked like, and what the language of the original
 8   grievances and appeals were.  That's basically what I was
 9   doing.
10      Q.    Did you say that to the court?  Did you tell them
11   how --
12      A.    I clearly marked them all as copies.  Not as
13   originals, but as copies.
14      Q.    Did you explain to the court the manner in which
15   the copies had been made?
16      A.    No, I did not.
17      Q.    Did you feel you had any obligation to be candid
18   and honest with the court in how you had made these copies?
19      A.    No, I did not.
20      Q.    Why not?
21      A.    Because they were accurate copies of the original
22   grievances and requests and appeals.  And there certainly
23   isn't any requirement for me to explain how or why I made
24   the copies.  All they have to do is be accurate copies of
25   the original documents.
```