UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH BARILE | : |
| Plaintiff, | : CIVIL NO. 3:00CV2253 (HBF) |
| v. | : |
| C.O. DRUMMOND, ET AL., | : JANUARY 14, 2005 |
| Defendant. | : |

**DECLARATION OF DANIEL J. RICHERT IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO BIFURCATE**

I, Daniel J. Richert, declare and say as follows:

1. I am an attorney licensed to practice law in the State of Connecticut and the District of Connecticut, and am an associate in the law firm of Pillsbury Winthrop LLP, counsel of record for plaintiff Keith Barile ("Plaintiff") in this case. I submit this declaration in support of Plaintiff's Memorandum in Opposition to Defendants' Motion to Bifurcate. Except where expressly noted, I have personal knowledge of the facts set forth in this declaration.

2. On October 8, 2004, I was copied on an e-mail transmission from Lynn Wittenbrink, counsel for Defendants, to Sarah Nolan, Law Clerk to Judge Holly B. Fitzsimmons.

3. On October 13, 2004, I received, along with my co-counsel Henry Snyder and Defendants' counsel Ms. Wittenbrink and Steven Strom, an e-mail transmission from Ms. Nolan to counsel in the above-captioned matter.

4. The e-mail transmissions referred to in paragraph 2 and 3 herein are filed and archived on my computer at my law firm, Pillsbury Winthrop. I have printed out true and complete copies of these e-mail transmission and attached them hereto as Exhibit A.

110166300v1

I, Daniel J. Richert, declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2005.

*[signature]*

Daniel J. Richert

110166300v1

## CERTIFICATE OF SERVICE

I certify that on this 14th day of January, 2005, I caused an original copy of the attached Declaration of Daniel J. Richert in Support of Plaintiff's Memorandum in Opposition to Defendants' Motion to Bifurcate to be served by First Class U.S. Mail upon the following counsel for Defendants:

> Steven R. Strom, Esq.
> Lynn D. Wittenbrink, Esq.
> Attorney General's Office
> 110 Sherman Street
> Hartford, CT  06105

_____
Daniel J. Richert (ct 25302)

# EXHIBIT A

**Richert, Daniel J.**

| | |
|---|---|
| **From:** | Sarah_Nolan@ctd.uscourts.gov |
| **Sent:** | Wednesday, October 13, 2004 3:27 PM |
| **To:** | Wittenbrink, Lynn D. |
| **Cc:** | Richert, Daniel J.; Snyder, Henry K.; Strom, Steven R. |
| **Subject:** | RE: Barile v. Drummond |

Dear Counsel,
I will relay this latest information regarding rescheduling the trial to the Judge, and will get back to you if she has any further instructions.
In regard to the request for a hearing on exhaustion of administrative remedies, Judge Hall has already ruled on the motion for summary judgment that resolution of the exhaustion issue requires a credibility determination by the finder of fact. Therefore, there must be findings of fact by the jury on that issue. I am not certain whether the Judge will issue a written ruling on this, or will do an endorsement, but I wanted to respond to your inquiry sooner rather than later.

Best,
Sarah
Law Clerk to Judge Fitzsimmons

"Wittenbrink, Lynn D." <Lynn.Wittenbrink@po.state.ct.us>

10/08/2004 03:02 PM

To: "Richert, Daniel J." <drichert@pillsburywinthrop.com>, <sarah_nolan@ctd.uscourts.gov>
cc: "Strom, Steven R." <Steven.Strom@po.state.ct.us>, "Snyder, Henry K." <hsnyder@pillsburywinthrop.com>
Subject: RE: Barile v. Drummond

Ms. Nolan, Attorney Strom and I are still in the process of locating people and ensuring that they are available for trial.
I did have a question I forgot to ask Alyssa. We had filed a motion for an evidentiary hearing to the Court on the issue of exhaustion. Both sides filed fairly extensive substantive memoranda on the issue. I was wondering if there might be a ruling prior to the trial, or if we should proceed assuming that motion will not be granted. Thanks! Have a great weekend all. Lynn Wittenbrink

**From:** Richert, Daniel J. [mailto:drichert@pillsburywinthrop.com]
**Sent:** Friday, October 08, 2004 2:52 PM
**To:** sarah_nolan@ctd.uscourts.gov
**Cc:** Alyssa_Esposito@ctd.uscourts.gov; Wittenbrink, Lynn D.; Strom, Steven R.; Snyder, Henry K.
**Subject:** RE: Barile v. Drummond

Ms. Nolan-

I write this email to inform you that all currently located and planned witnesses of Plaintiff (that are not clients of the attorney general's office) are available for the proposed trial dates for the above-referenced matter.

1/14/05

At this time Plaintiff only has two witnesses that are not clients of the attorney general's office: the Plaintiff and Mr. Anthony Crump. Both are available for the trial dates of November 30 through December 3. Plaintiff also intends on calling Dr. James McKenna, Plaintiff's treating physician and a client of the attorney general's office.

Plaintiff has been attempting to locate additional witnesses and will disclose such witnesses to all parties when and if they are located.

Very truly yours,
Dan Richert
Counsel for Plaintiff Keith Barile

-----Original Message-----
**From:** Alyssa_Esposito@ctd.uscourts.gov [mailto:Alyssa_Esposito@ctd.uscourts.gov]
**Sent:** Friday, October 08, 2004 10:22 AM
**To:** Richert, Daniel J.; Snyder, Henry K.; lsullivan@goodwin.com; lynn.wittenbrink@po.state.ct.us; steven.strom@po.state.ct.us
**Cc:** diane_kolesnikoff@ctd.uscourts.gov; sarah_nolan@ctd.uscourts.gov
**Subject:** Barile v. Drummond

Dear Counsel:

Please direct all your e-mail correspondence or telephone inquiries to my co-clerk Sarah Nolan.
She is the clerk assigned to your case. Sarah is waiting on confirmation that your clients and witnesses are available for trial on November 30 through December 3. A scheduling order will follow after these dates have been confirmed.

Thanks,
Alyssa Esposito
Law Clerk to Judge Fitzsimmons

1/14/05