UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEITH BARILE

     Plaintiff,  : CIVIL NO. 3:00CV2253 (HBF)

v.

C.O. DRUMMOND, ET AL.,  : JANUARY 14, 2005

     Defendants.

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff Keith Barile, by his attorneys Pillsbury Winthrop LLP, respectfully submits the following proposed voir dire questions:

**General Background information**

1. What is your name?
2. What is your date of birth?
3. Where do you currently live?
4. How long have you lived there?
5. Have you ever worked for the State of Connecticut in any capacity? If yes, in what capacity?
6. Have you ever worked for any other government agency? If yes, in what capacity?
7. Are you related to anyone who works for the State of Connecticut in any capacity? If yes, what capacity? Are you close to this relative?
8. Tell me about the people in your household.
   a. Are you married?
   b. Do you have children?
9. Are you employed?
   a. Where are you employed?

110166255v1

      b.      What is your position?

10.    Do you belong to any volunteer organizations? If so, to which groups do you belong and how frequently do you attend meetings or functions?

11.    What is your highest degree of education?

**Nature of Lawsuit**

This is a lawsuit brought by a former inmate of Hartford Correctional Center against two correctional officers at the prison, as well as two nurses at the prison.

1.    Do you feel that prisoners who believe they have been treated illegally and unfairly have a right to bring suit against corrections officers and other prison employees, such as nurses?

**Personal Knowledge of Parties**

1.    Does anyone here know:

    a.    The Parties
        1.    Keith Barile
        2.    Barry Drummond
        3.    Ossie Channer
        4.    Robin Maciag
        5.    Antonio Villarini

    b.    The Witnesses and Relevant Actors
        1.    George Streater
        2.    Anthony Crump
        3.    Kenneth Olszta
        4.    Christopher Countant
        5.    Jennifer Benjamin-Gavin
        6.    Fred Kurtz
        7.    Theresa Pemberton
        8.    Sharon Brown
        9.    Stacy Smith
        10.    Jacqueline Barile
        11.    Dr. James McKenna
        12.    Fred Levesque
        13.    Dr. Edward Blanchette

        14.     Theresa C. Lantz
        15.     Mary Johnson
        16.     Charles Lee
        17.     Dr. Daniel Bannish

c.    The Lawyers – Do you know these lawyers/firms or any attorneys connected there?

        Pillsbury Winthrop LLP
        Henry K. Snyder
        Daniel J. Richert
        Kenneth Newby
        Office of the Attorney General
        Lynn Wittenbrink
        Steven Strom

**Personal connection to law enforcement**

1. Have you, any members of your household, or any close friend or relative ever been employed in any capacity by any law enforcement or corrections agency?

    a. Who?

    b. If someone else, what is their relationship to you?

    c. What position did you/he/she hold?

    d. When did you/he/she hold that position?

    e. For how long did you/he/she hold that position?

    f. What were the circumstances of your/his/her leaving that position?

    g. Have any complaints of misconduct or deliberate indifference been filed against you/him/her?

2. What are your impressions about the behavior of inmates?

3. Have you ever worked in relation to law enforcement or corrections, such as providing medical or support work for officers?

    a. If so, doing what? For how long?

4. Have you or anyone close to you ever applied for a job working in law enforcement or corrections?

    a. If so, who? To do what? Was the job offered to you?

3

110166255v1

5. Have you ever belonged to a volunteer organization related to law enforcement or corrections, such as a neighborhood watch organization?

6. What contact have you had with police or corrections officers or other law enforcement officers through your work?

7. Have you ever had any contact (professionally or personally) with the Connecticut Department of Corrections?

**Personal Connection to Nurses/Medical Profession:**

1. Have you, any member of your household, or any close friend or relative ever been employed in any capacity in the medical field - - such as a doctor or a nurse?

   a. Who?

   b. What position was held?

   c. For how long did you/he/she hold that position?

2. Do you believe that it is possible for persons of the medical profession to fail to respond to a person who has been injured?

3. Do you think that you would be inclined to give greater weight to testimony from a person from the medical profession than you would an ordinary citizen just because that person is a nurse or a doctor?

4. What is your immediate reaction when you hear that an inmate is suing nurses for deliberately denying him medical attention?

5. Do you ever watch television programs like "ER"?

**View of Prisoners**

1. a. Have you or anyone close to you ever been the victim of a crime?

   b. Ever made a criminal complaint to law enforcement?

   c. If the perpetrator was caught, did that person go to jail?

   d. How do you feel about the person that committed the crime?

   e. Do you wish he received greater punishment?

   f. Do you think that persons in jail mostly deserve greater punishment?

   g. Do you think that someone convicted of a crime can serve a useful function in society after his release?

2. a. Do you understand prison to be a dangerous place?

   b. Do you think prison guards are responsible for protecting inmates from other inmates?

   c. Do you think that there is nothing the guards can do to protect inmates?

4

**Impressions/Perceptions of Law Enforcement Personnel**

1. What is your general impression of persons involved in the corrections industry?
2. Do you think that corrections officers do not receive enough credit for a difficult job? Why is that?
3. Do you feel that prisoners should have rights while in custody?
4. In general, do you think you'd be inclined to give greater weight to the testimony of a corrections officer than you would to an ordinary citizen, because he is a corrections officer? Than you would to a prisoner?
    a. If yes: Why is that?
5. Have you ever heard of the "blue wall of silence"?
    a. Do you think that corrections officers cover for each other when one gets in trouble?
6. What have you read or heard about incidents where corrections officers have failed to protect the prisoners under their watch?
7. What are your opinions about how the problem of misconduct by corrections officers ought to be handled?
8. What's your immediate reaction when you hear that an inmate is suing his guard for not protecting him from other inmates?

**Feelings About Those Convicted Of Crimes**

1. Do you have any particular feelings about people convicted of crimes like assault?
2. Do you have any particular feelings about people convicted of crimes like robbery?
3. Do you have any particular feelings about people convicted of crimes like burglary?
4. Do you have any particular feelings about people convicted of crimes like narcotics offenses?
5. Do you have any particular feelings about people convicted of crimes like kidnapping?

**Attitudes Toward Litigation/Damages**

1. Have you ever sued anyone? Why?
2. Have you ever been sued? Why?
3. How many of you have ever been in a situation where you could have filed a lawsuit but decided not to do so.
    a. What were the circumstances?
    b. Why did you decide not to sue?

5

    c.    Do any of you feel that people turn too readily to the courts to solve their problems?

4. Do you have any opinion regarding the merit of lawsuits brought by inmates generally?

5. Do you think that corrections officers should receive special protection from suits by inmates? Why?

6. What is your impression of lawyers?

7. Have you ever watched television shows like "Law & Order" or "The Practice"?

8. If you find one or more of the defendants liable, would any of you hesitate to consider awarding money damages because the defendants are corrections officers or nurses? Why?

9. Does anyone think that it's not appropriate to award money to compensate the plaintiff for harm, such as from pain and suffering? From emotional distress? Just because some types of damages are easier to evaluate and some are more difficult, and it may be difficult to set a dollar amount, does that make you think that this kind of compensation should not be asked for?

10. Would it be difficult for you to award damages for pain and suffering?

11. **Punitive Damages**: Under the law there is another form of damages in addition to those to compensate for harm. These are called punitive damages. They are designed to punish a defendant for especially reckless or wanton actions to deter him and others from similar conduct in the future. They are also a way of making an example so that others will be more careful in the future. In a civil rights case like this one, they are deemed appropriate where the evidence is that the defendants acted with reckless disregard of the plaintiff's rights. Do any of you have any problem with the law that allows for punitive damages if the jury feels that the evidence shows that the defendant acted with reckless disregard for the plaintiff's rights?

12. Do you think it's possible that a corrections officer could make such a serious mistake that he should be punished? Is there any kind of conduct by an officer that you think might justify punitive damages?

13. As a juror, you will take an oath to reach a fair and just verdict. Would you be able to follow that oath in this case and, if you find that Mr. Barile was wronged, give Mr. Barile a fair award of damages?

Dated: Stamford, CT
January 14, 2005

Respectfully submitted,

PLAINTIFF
KEITH BARILE

By: _____
Henry K. Snyder (ct 17242)
Daniel J. Richert (ct 25302)
Kenneth A. Newby (ct 26319)
Pillsbury Winthrop LLP
695 East Main Street
Stamford, CT 06904
Tel. 203-348-2300
Fax. 203-965-8226
hsnyder@pillsburywinthrop.com
drichert@pillsburywinthrop.com
knewby@pillsbuywinthrop.com

## CERTIFICATE OF SERVICE

I certify that on this 14th day of January, 2005, I caused an original copy of the attached Plaintiff's Proposed Voir Dire Questions to be served by First Class U.S. Mail upon the following counsel for Defendants:

>Steven R. Strom, Esq.
>Lynn D. Wittenbrink, Esq.
>Attorney General's Office
>110 Sherman Street
>Hartford, CT 06105

Daniel J. Richert