**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KEITH BARILE | : | CIVIL NO. 3:00CV2253(HBF) |
| | : | |
| VS. | : | |
| | : | |
| BARRY DRUMMOND, ET AL. | : | JANUARY 14, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, **BARRY DRUMMOND, ET AL.**, have manually filed the following documents:

- Excerpts of Transcript of Deposition of Barry Drummond, April 14, 2004
- Excerpts of Transcript of Deposition of Kenneth Olszta, June 3, 2004

These documents have been filed electronically because:

[ X ]   The documents cannot be converted to an electronic format.
[  ]   The electronic file size of the document exceeds 1.5 megabytes.
[  ]   The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[  ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS,
Barry Drummond, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax no. (860) 808-5591
lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 14th, day of January, 2005 to:

Henry K. Snyder, Esq.
Daniel J. Richert, Esq.
Kenneth A. Newby, Esq.
Pillsbury Winthrop, LLP
695 East Main Street
Stamford, CT  06904

_____/s/_____
Lynn D. Wittenbrink
Assistant Attorney General