**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KEITH BARILE | : | NO. 3:00CV2253(HBF) |
| | : | |
| VS. | : | |
| | : | |
| BARRY DRUMMOND, ET AL. | : | JANUARY 18, 2005 |

<u>**DEFENDANTS' FIRST SET OF PROPOSED VOIR DIRE QUESTIONS**</u>

1.     This is a civil rights action for money damages brought by the plaintiff, Keith Barile,  a convicted felon, who was awaiting trial as a pre-trial Detainee on March 13, 1999 at the Hartford  Correctional Center.  There are four defendants  Two of the defendants are state Department of Correction employees employed then and now as Correctional Officers, named Barry Drummond and Ossie Channer.   The other two employees were at the time employed by the State of Connecticut Correctional Managed Health Care for the provision of health care to inmates, Nurse Robin Maciag and then Medic Anthony Villarini. Would any of you have trouble sitting on such a case brought by a state prisoner?

2.     Plaintiff alleges he was subjected to cruel and unusual punishment in violation of the Fourteenth Amendment when another inmate assaulted him and the defendant Drummond did not prevent the alleged assault. Officer Drummond denies any knowledge or notice of harm to the plaintiff Would any of you have difficulty being fair and impartial in considering such a case?

3.      Plaintiff alleges that the remaining defendants, Officer Channer, Nurse Maciag and then Medic Villarini did not provide him with medical care after his arm was broken in the altercation with another inmate. The defendants deny any knowledge that plaintiff required medical care that he was not receiving. Would any of you have difficulty being fair and impartial in considering such a case?

4.      Do you or does any member of your family know the plaintiff, defendants, attorneys or any of the named witnesses in this case?

5.      The defendants are Connecticut prison officials and medical professionals employed by the State to provide health care to inmates needing such care. Have you or has any member of your family had any experience with any prison, prisoner or prison official, or any state or local police officer which would prevent you from considering the evidence impartially and fairly?

6.      The Court will instruct you on the law which you are about to apply to the facts as you find them. One of these instructions will be that the burden of proof on all material facts rests on the plaintiff. Does anyone believe that they will have trouble accepting that instruction?

7.      The Court will instruct you on the law which you are about to apply to the facts as you find them. One of these instructions will be that the plaintiff must prove more than negligence—that is, that Officer Drummond exhibited deliberate indifference to a serious threat

that he was aware of to the plaintiff. Does anyone believe that they will have trouble accepting that instruction?

8.     Another instruction will be that plaintiff must prove as to the other defendants that he was suffering from a serious medical condition *and* that defendants were deliberately indifferent to that serious medical condition. Does anyone believe that they will have trouble accepting that instruction?

9.     Does anyone believe that monetary damages must be awarded to the plaintiff just because he has filed a lawsuit? Just because he claims he has been injured?

10.     A portion of the testimony in this case will come from doctors or other medical personnel and/or prison employees. Have you or has any member of your family had a personal experience which would make it difficult for you to believe their testimony?

11.     (a)     Is any member of your family an attorney?

        (b)     Do you or does any member of your family work for an attorney?

12.     The Court will instruct you that each defendant must be judged on the basis of his own conduct. The actions of one defendant cannot be attributed to another. Does anyone believe that they will have difficulty accepting that instruction?

13.     Have you or has any member of your family ever been assaulted?

14.     Have you been in a dispute with the State, a state official or law enforcement officer?

15.     Have you ever filed a claim for money damages?

16.     Have you ever been a party in a lawsuit or has any member of your family ever been a party in a lawsuit?

17.     Have you ever served on a jury before?  If so, please identify the location and nature of the case or cases on which you served.

18.     Do you know anything about this case which would prevent you from deciding this case based upon the evidence and the Court's instructions?

19.     Have you, or has any member of your family or any person close to you, every been arrested by a police officer?  Been incarcerated?

20.     Have you, or has any member of your family, ever filed a formal or informal complaint against a police officer?  Against a correction officer?  If so, please describe the circumstances surrounding the complaint and the outcome thereof.

21.     Have you, or has any member of your family ever felt that your or their constitutional rights were violated by a police officer or a correction officer?  If so, please explain the circumstances.

22.     Have you ever been arrested?  Held in jail?  Visited someone in jail?  If so, do you feel that this fact would influence your ability to render an impartial verdict in this case?

23.     Have you, or has any member of your family ever been employed as a law enforcement official?  If so, please explain in what capacity and what the circumstances were, if any, which led to the termination of that employment.

24.     Do you believe that, in general, correction officers have a tendency to abuse their authority for no good reason?

25.     Do you or does anyone you know work for the State of Connecticut?  If so, who? In what capacity?

26.     Have you ever been a victim of crime?  If so, describe the circumstances.  Could you still be fair and impartial and decide the case solely on the evidence?

27.     Have you ever witnessed a crime?

28.     Do you feel that the country's legal system has broken down and that the medical professionals have more rights than others?  Less rights than others?  Could you put aside your personal feelings and beliefs and decide the case fairly - only on the evidence in the case?

29.     Do you feel that the State's prison officials routinely subject prisoners to inhumane treatment or excessive punishment?

30.     Have you or has any member of your family ever been sued by the State of Connecticut or any other governmental agency?

31.     Have you or has any member of your family ever brought suit against the State of Connecticut or any other governmental agency?

32.     Have you, or any member of our family, ever filed a complaint against a physician, nurse or other medical practitioner?  If so, please describe the circumstances surrounding the complaint and the outcome thereof.

33.     Does anyone here have any feelings or beliefs that a physician or nurse employed by the Connecticut Department of Correction would be any less competent or less diligent than other physicians or nurses simply because they work for the Department of Correction?

34.     Have you, or has any member of your family, ever been involved in what you consider to be a negative or unpleasant experience with the Department of Correction or any employee of the Department of Correction?  If so, explain.

35.     Have any of you heard or read anything about the Department of Correction or its employees which would in any way interfere with your ability to be objective and impartial in this case?

36.     Are you now or were you ever in the position of supervising others in an employment context?

37.     Did you ever participate in any fashion in a civil lawsuit -- as a plaintiff, a defendant or a witness? [what were the details, including, how did you feel about the process, did you feel the monetary award, if any, was fair?]

38.     Do you own your own home?

39.     Do you feel that if a prisoner has been provided an attorney by the court, or if the plaintiff is proceeding pro se  and sued someone that the person sued must have done something wrong?

40.     Is there any reason that you could not give your full attention to this trial?

41.     Do you think that experience would affect in any way your deliberations as a juror in this matter?  Would you tend to believe one party more than another simply by virtue of their positions in this lawsuit?

42.     Do you have any particular feeling about prisoner lawsuits?

43.     Do you have any particular feelings about prisoners generally?

44.     Do you have any feeling about law enforcement personnel, police officers or correction officers?   About doctors or nurses?

45.     Any particular feelings about Correction Officers, Wardens or the Commissioner of the Department of Correction?

46.      Do you or people you know have any experiences with them?

47.     Did you feel you or your friend or relative were treated fairly?

48.     Do you feel prison employees are more worth or less worthy of belief than anyone else?

49.     Do you belong to any clubs or organizations?  What are they?  Any groups that deal with medical issues?  Prison issues?

50.    How did you feel when you received your jury notice?

51.    Do you want to serve on a jury?

52.    Why?

53.    Have you ever served on a jury before?

54.    Have you ever been in/visited anyone in a Department of Correction facility?

55.    How were you treated by the Department of Correction?

56.    Do you know anyone who was ever incarcerated?


DEFENDANTS,
Officer Barry Drummond, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:____/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct08575
Telephone No.:  (860) 808-5450
Fax No.:  (860) 808-5591
lynn.wittenbrink@po.state.ct.us

**<u>CERTIFICATION</u>**

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day

of January, 2005:

Henry K. Snyder
Pillsbury Winthrop
P.O. Box 6760
Stamford, CT  06901


                                                    /s/
                                                    _____
                                                    Lynn D. Wittenbrink
                                                    Assistant Attorney General