**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Keith Barile | : | 3:00CV 2253(HBF) |
| | : | |
| v. | : | |
| | : | |
| Officer Barry Drummond, et al | : | January 19, 2005 |

**DEFENDANTS' LIST OF EXHIBITS**

1. Complete Incident Report Package HCC No. 99216 with photograph and Medical Incident Report
2. Plaintiff's deposition transcript
3. Plaintiff's health record
4. Portions of Plaintiff's Inmate Master File, including but not limited to Mittimuses, acknowledgement of inmate handbook receipt, and classification documents
5. Portions of Inmate Master File for Inmate Anthony Crump, No. 194393, including but not limited to Mittimuses and classification documents
6. Department of Correction RT screens for Plaintiff
7. Department of Correction RT screens for Inmate Streater
8. Department of Correction RT screens for inmate Crump
9. Post Orders for Hartford Correctional Center (hereinafter "HCC") for relevant time period

10. Administrative Directive 9.2 regarding Classification effective in March, 1999

11. Sketch by Inmate Crump provided at his deposition as deposition Exhibit No. ___

12. Administrative Directive 9.6 regarding Inmate Grievances effective March 1999

13. Forms by provided by plaintiff as grievances he claims he filed or recreated from grievances he claims he filed.

14. Custody Grievance Logs pertaining to relevant time period

15. Health Grievance Logs pertaining to relevant time period

16. HCC Log book pages for relevant time period

17. Floor plan for East 2 block at HCC

18. HCC Inmate Handbook revised Sep. 1998

19. Administrative Directive 6.6 in effect in March 1999

20. Diary/Calendar for Robin Maciag for March 1999

21. Time sheets and payroll records for defendants Channer, Maciag, and Villarini for March 1999

22. Letter from Assistant Attorney General Strom to plaintiff August 20, 2002 with signed confirmation receipt

23. Administrative Directive 1.10 in effect in March 1999

24. Documents related to Plaintiff's Virginia lawsuits, including but not limited to docket sheets and Appellate Brief

25. Portions of Plaintiff's Interstate inmate file, including but not limited to Housing and ID cards

26. Administrative Directive 6.1 in effect in March 1999

27. Administrative Directive 6.3 in effect in March 1999

28. Administrative Directive 9.9 in effect in March 1999

29. Administrative Directive 9.1 in effect in March 1999

30. Summary of Log Book pages listing personnel in the block

31. Plaintiff's visitation log

Defendants retain the right to submit additional Exhibits to rebut plaintiff's testimony.

DEFENDANTS,
BARRY DRUMMOND, ET AL

RICHARD BLUMENTHAL

BY:__/s/____________________

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman St.
Hartford CT 06105
860-808-5450
860-808-5591 (fax)
lynn.wittenbrink@po.state.ct.us
No. 08575ct

**CERTIFICATION**

I hereby certify that a copy of the foregoing was hand-delivered to the following this 19th day of January, 2005:

Dan Richert, Esq.
Pillsbury Winthrop
695 East Main Street
Stamford CT 06904

/s/
Lynn D. Wittenbrink
Commissioner of Superior Court