UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH BARILE | : | NO. 3:00CV2253(HBF) |
| | : | |
| V. | : | |
| | : | |
| OFFICER BARRY DRUMMOND, ET AL. | : | JANUARY 26, 2005 |

## DEFENDANTS' REVISED LIST OF EXHIBITS

501.  Complete Incident Report Package HCC No. 99216 with photograph and Medical Incident Report

502.  Plaintiff's deposition transcript

503.  Plaintiff's health record

504.  Portions of Plaintiff's Inmate Master File, including but not limited to Mittimuses, acknowledgement of inmate handbook receipt, and classification documents

505.  Portions of Inmate Master File for Inmate Anthony Crump, No. 194393, including but not limited to Mittimuses and classification documents

506.  Department of Correction RT screens for Plaintiff

507.  Department of Correction RT screens for Inmate Streater

508.  Department of Correction RT screens for inmate Crump

509.  Post Orders for Hartford Correctional Center (hereinafter "HCC") for relevant time period

510.  Administrative Directive 9.2 regarding Classification effective in March, 1999

511.  Sketch by Inmate Crump provided at his deposition as deposition Exhibit No. ___

512. Administrative Directive 9.6 regarding Inmate Grievances effective March 1999

513. Forms by provided by plaintiff as grievances he claims he filed or recreated from grievances he claims he filed.

514. Custody Grievance Logs pertaining to relevant time period

515. Health Grievance Logs pertaining to relevant time period

516. HCC Log book pages for relevant time period

517. Floor plan for East 2 block at HCC

518. HCC Inmate Handbook revised Sep. 1998

519. Administrative Directive 6.6 in effect in March 1999

520. Diary/Calendar for Robin Maciag for March 1999

521. Time sheets and payroll records for defendants Channer, Maciag, and Villarini for March 1999

522. Letter from Assistant Attorney General Strom to plaintiff August 20, 2002 with signed confirmation receipt

523. Administrative Directive 1.10 in effect in March 1999

524. Documents related to Plaintiff's Virginia lawsuits, including but not limited to docket sheets and Appellate Brief

525. Portions of Plaintiff's Interstate inmate file, including but not limited to Housing and ID cards

526. Administrative Directive 6.1 in effect in March 1999

527. Administrative Directive 6.3 in effect in March 1999

528. Administrative Directive 9.9 in effect in March 1999

529. Administrative Directive 9.1 in effect in March 1999

530. Summary of Log Book pages listing personnel in the block

531. Plaintiff's visitation log

532. Portions of Inmate Master File for Inmate George Streater, No. 182741, including but not limited to Mittimuses and classification documents

Defendants retain the right to submit additional Exhibits to rebut plaintiff's testimony.

        DEFENDANTS,
        Barry Drummond, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:__/s/_____
   Lynn D. Wittenbrink
   Assistant Attorney General
   110 Sherman Street
   Hartford CT 06105
   Telephone No. 860-808-5450
   Fax No. 860-808-5591
   Federal Bar No. ct08575
   lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage first class prepaid, to the following this 26th day of January, 2005:

Daniel Richert, Esq.
Pillsbury Winthrop
695 East Main Street
Stamford  CT  06904

    /s/
Lynn D. Wittenbrink
Commissioner of Superior Court