# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Keith Barile | : | 3:00CV 2253(HBF) |
| | : | |
| v. | : | |
| Officer Barry Drummond, et al | : | January 26, 2005 |

## DEFENDANTS' SEPARATE LIST OF WITNESSES[1]

1.      **Theresa C. Lantz,** (or designee), Commissioner of the Connecticut Department of Correction, 24 Wolcott Hill Road, Wethersfield.

2.      **Director Mary Johnson**, and/or her designee, Connecticut Department of Correction, 24 Wolcott Hill Road, Wethersfield

3.      **Warden Charles Lee**, HCC, and/or his designee, 177 Weston St., Hartford, CT.

4.      **Captain Christopher Coutant**, HCC, 177 Weston St., Hartford, CT.  Captain

5.      **Lt. Kenneth Olszta**, HCC, 177 Weston St., Hartford, CT.

6.      **Correction Officer Barry Drummond**, HCC, 177 Weston St., Hartford, CT.

---

[1]      The defendants provide this witness list in preparation for trial at the instruction of the Court Deputy.

7.        **Correction Officer Ossie Channer**, MacDougall/Walker CI, 1153 East St. So.,

Suffield, CT.

8.        **Antonio Villarini**, Correction Officer MacDougall/Walker CI, 1153 East St. So.,

Suffield, CT.

9.        **Robin Maciag**, RN, Cheshire CI, 900 Highland Ave., Cheshire CT.

10.        **Counselor Supervisor Theresa Pemberton**, and other designee, York CI,

Niantic.

11.        **Counselor Supervisor Stacy Smith**, and/or her designee, Public Information

Officer, 24 Wolcott Hill Road, Wethersfield.  .

12.        **Correctional Nurse Supervisor Sharon Brown**, and/or her designee, HCC, 177

Weston St., Hartford, CT.

13.        **Jennifer Benjamin-Gavin**, RN, BSN, MSN, CCHP, Nurse Consultant, DPH,

410 Capitol Ave., Hartford, CT.

14.        **Dr. James McKenna**, HCC, 177 Weston St., Hartford, CT.

15.        **Fred Kurtz**, formerly employed at HCC (now retired) 177 Weston St., Hartford.

16.        **Fred Levesque**, and/or his designee, Director of Offender Classification and

Population Management, MacDougall/Walker CI, 1153 East St. So., Suffield, CT.

17.        **Officer Kapatrick Richardson**, HCC, 177 Weston St., Hartford.  Officer

Kapatrick will testify as to his observations and actions and the policy and procedure at HCC.

 Defendants retain the right to call additional witnesses in order to rebut Plaintiff's testimony.

DEFENDANTS,
BARRY DRUMMOND, ET AL

RICHARD BLUMENTHAL


BY:__/s/_____
     Lynn D. Wittenbrink
     Assistant Attorney General
     110 Sherman St.
     Hartford CT 06105
     860-808-5450
     860-808-5591  (fax)
     lynn.wittenbrink@po.state.ct.us
     No. 08575ct


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage first class prepaid, to the following this 26th day of January, 2005:

Dan Richert, Esq.
Pillsbury Winthrop
695 East Main Street
Stamford  CT  06904


                                    _/s/_____
                                    Lynn D. Wittenbrink
                                    Commissioner of Superior Court