UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KEITH BARILE                           :
                                       :
                    Plaintiff,         :   CIVIL NO. 3:00CV2253 (HBF)
                                       :
            v.                         :
                                       :
                                       :
C.O. DRUMMOND, ET AL.,                 :   JANUARY 31, 2005
                                       :
                    Defendants.        :
                                       :

---

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' REVISED EXHIBIT LIST

Plaintiff Keith Barile ("Plaintiff" or "Barile"), by his attorneys Pillsbury Winthrop LLP, hereby respectfully objects to Defendants' proposed trial exhibits 509 and 515. Plaintiff makes these objections pursuant to this Court's Pretrial Order, dated August 16, 2004, on the grounds that such documents were requested in discovery but never produced by Defendants.

### ARGUMENT

**A.     Post Orders**

Throughout the course of this action, Plaintiff has sought copies of the post orders for Hartford Correctional Center for the time in question. As set forth in the accompanying Declaration of Daniel J. Richert ("Richert Dec."), Plaintiff sought such documents on at least three occasions. (*Id.* at ¶¶ 2, 3, 4). Defendants never provided Plaintiff with copies of these documents. (Richert Dec. at ¶ 5). Defendant have now listed as Exhibit 509, "Post Orders for Hartford Correctional Center ... for relevant time period." Accordingly, Plaintiff objects to the

110166556v1

use of Defendants' Exhibit 509 at trial on the grounds that such documents were repeatedly requested by Plaintiff but never produced by Defendants. *See King-Hardy v. Bloomfield Bd. Of Educ.*, No. Civ. 3:01CV979 (PCD), 2002 WL 32506294, at *3 (D. Conn. Dec. 8, 2002) (party that fails to comply with discovery may be precluded for introducing evidence at trial); *U.S. v. Salameh*, 152 F.3d 88, 130 (district court has broad discretion in fashioning remedy for noncompliance with discovery obligations).

### B.   Medical Grievances

Similarly, Plaintiff requested on June 7, 2004 "all documents concerning inmate medical grievances at Hartford Correctional Center for the year of 1999." (Richert Dec. at ¶ 6). Defendants never provided Plaintiff with these documents. (Richert Dec. at ¶ 7). Defendants now list as Exhibit 515, "Health Grievance Logs pertaining to relevant time period." Accordingly, Plaintiff objects to the use of Defendants' Exhibit 515 at trial on the grounds that such documents were requested by Plaintiff but never produced by Defendants. *See King-Hardy, supra*; *Salameh, supra*.

2

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that Defendants' be precluded from using proposed exhibits 509 and 515 at trial.

          Respectfully submitted,

          PLAINTIFF
          KEITH BARILE

By: _____
          Henry K. Snyder (ct 17242)
          Daniel J. Richert (ct 25302)
          Kenneth A. Newby (ct 26319)
          Pillsbury Winthrop LLP
          695 East Main Street
          Stamford, CT 06904
          Tel. 203-348-2300
          Fax. 203-965-8226
          hsnyder@pillsburywinthrop.com
          drichert@pillsburywinthrop.com
          knewby@pillsbuywinthrop.com

110166556v1

## CERTIFICATE OF SERVICE

I certify that on this 31st day of January, 2005, I caused an original copy of the attached Plaintiff's Objection to Defendants' Revised Exhibit List to be served by First Class U.S. Mail upon the following counsel for Defendants:

>Steven R. Strom, Esq.
>Lynn D. Wittenbrink, Esq.
>Attorney General's Office
>110 Sherman Street
>Hartford, CT  06105

_____
Daniel J. Richert (ct 25302)

4

110166556v1