FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT        2005 JAN 31  A 11: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

KEITH BARILE

              Plaintiff,          :    CIVIL NO. 3:00CV2253 (HBF)

v.

C.O. DRUMMOND, ET AL.,        :    JANUARY 31, 2005

              Defendants.

**DECLARATION OF DANIEL J. RICHERT IN SUPPORT OF
PLAINTIFF'S OBJECTIONS TO DEFENDANTS' REVISED EXHIBIT LIST**

I, Daniel J. Richert, declare and say as follows:

1. I am an attorney licensed to practice law in the State of Connecticut and the District of Connecticut, and am an associate in the law firm of Pillsbury Winthrop LLP, counsel of record for plaintiff Keith Barile ("Plaintiff") in this case. I submit this declaration in support of Plaintiff Keith Barile's Objections to Defendants' Revised Exhibit List.

2. On or about June 1, 2001, Plaintiff, *pro se* at the time, served a Request for Production of Documents seeking, *inter alia*, post orders for Hartford Correctional Center. A true and complete copy of this document is attached hereto as Exhibit A.

3. On or about April 14, 2004, I served, on behalf of Plaintiff, a Second Set of Requests for Production seeking, *inter alia*, "post orders at the Hartford Correctional Center in place in March of 1999... ." A true and complete copy of this document is attached hereto as Exhibit B.

4. On or about April 30, 2004, I served, on behalf of Plaintiff, a Third Set of Requests for Production seeking, *inter alia*, "post orders at the Hartford Correctional Center in

110166583v1

place in March of 1999 for Correctional Officers on tiers East-2 and West-2." A true and complete copy of this document is attached hereto as Exhibit C.

5.  Defendants have never provided Plaintiff with copies of post orders.

6.  On or about June 7, 2004, I served, on behalf of Plaintiff, a Fourth Set of Requests for Production seeking, *inter alia*, "all documents concerning inmate medical grievances at Hartford Correctional Center for the year of 1999." A true and complete copy of this document is attached hereto as Exhibit D.

7.  Defendants never provided Plaintiff with medical grievance logs.

I, Daniel J. Richert, declare under penalty of perjury that the foregoing is true and correct. Executed on January 31, 2005.

_____
Daniel J. Richert

## CERTIFICATE OF SERVICE

I certify that on this 31st day of January, 2005, I caused an original copy of the attached Declaration of Daniel J. Richert in Support of Plaintiff's Objection to Defendants' Revised Exhibit List to be served by First Class U.S. Mail upon the following counsel for Defendants:

>Steven R. Strom, Esq.
>Lynn D. Wittenbrink, Esq.
>Attorney General's Office
>110 Sherman Street
>Hartford, CT  06105

_____
Daniel J. Richert (ct 25302)

Keith Barile
      Plaintiff

v.

C.O. Drummond, et al.        Case No.: 3:00CV2253(JCH)(HBF)

## Plaintiffs Request for Production of Documents

Pursuant to Rule 34, Fed. Rules of Civil Procedure, the plaintiff requests the defendants produce the documents listed herein within 30 days, either by providing the plaintiff with copies or by making them available to the plaintiff for inspection and copying.

1.) Incident reports for the attack on the plaintiff, March 13, 1999.

2.) Lt.'s investigation report of the attack on the plaintiff, March 13, 1999.

3.) Any and all policies, directives, or instructions to staff concerning the investigation of an attack on an inmate by another inmate.

4.) Any and all policies, directives, instructions or post orders to C.O.'s on duty at the time of the incident concerning the handling of an attack of an inmate by another inmate.

5.) Any and all pictures taken of the plaintiff after the incident and any pictures of any other indiviual believed to have been involved in the incident.

6.) Defendant Drummonds statement concerning the attack.

7.) Any and all policies, directives and instructions as to the procedure for feeding inmates confined to E-2 at the

Hartford Correctional Center.

    8.) Any and all statements made by witnesses to the attack.

    9.) The plaintiffs complete medical records from the period of March 13, 1999 until June 15, 1999.

    10.) Any incident reports, grievances, or other documents reflecting similar incidents involving C.O. Drummond, Lt. Coutan or Lt. Olzta.

    11.) Post orders for E-2 tier C.O. in charge of the tier on March 13, 1999.

    12.) Names and addresses of all medical personnel present at Hartford Correctional Center on the day of the incident.

    13.) Any and all policies, directives and instructions concerning the medical handling of inmates who have been attacked.

    14.) Names and addresses of all C.O.'s who were on duty from March 13, 1999 until March 18, 1999 on the West block, tier 2 at Hartford Correctional Center.

    15.) Names and addresses of all medical personnel who made rounds to distribute medication on W-2 tier from March 13, 1999 until March 18, 1999.

    16.) Any and all policies, directives and instructions for the duties of medical personnel who make rounds to distribute medication on W-2 tier from March 13, 1999 unitl March 18, 1999.

    17.) Any and all records of transfers of inmates from East Block to West Block at Hartford Correctional Center on March 13, 1999.

    18.) Any and all documents generated at H.C.C. by any H.C.C. staff member concerning the plaintiff in respect to this attack and the plaintiff's treatment ny the H.C.C. medical staff.

    19.) Any and all documentation generated against the H.C.C. medical staff in respect to improper treatment of unsentenced

detainee's.

June 1, 2001

*[signature]*

Keith Barile #237196
Macdougall Correctional Institution
1153 East Street South
Suffield, CT  06080

cc: Attorney General
    U.S. District Court, Hartford, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH BARILE | |
| Plaintiff, | PRISONER<br>CIVIL NO. 3:00CV2253 (JCH)(HBF) |
| v. | |
| C.O. DRUMMOND, ET AL., | APRIL 14, 2004 |
| Defendant. | |

## PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION

PLEASE TAKE NOTICE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant Keith Barile ("Barile" or "Plaintiff"), by his attorneys Pillsbury Winthrop LLP, hereby propounds the following Requests for Production to Defendants C.O. Barry Drummond, C.O. Ossie Channer, Nurse Robin Maciag and Nurse Tony Villarini (collectively, "Defendants") and hereby requests that Defendants serve their responses and objections, if any, upon the offices of Pillsbury Winthrop LLP, Financial Centre, 695 E. Main Street, Stamford, Connecticut, 06904-6760, within thirty (30) days of the date of service hereof.

### INSTRUCTIONS

The instructions and definitions in Rule 26 of the United States District Court District of Connecticut Local Rules of Civil Procedure are hereby expressly incorporated by reference.

### REQUESTS FOR PRODUCTION

Request No. 1:

All documents concerning the job description for a licensed practical nurse.

110161731v1

Request No. 2:

All documents concerning the job description for a correctional medical attendant.

Request No. 3:

All documents concerning post orders at the Hartford Correctional Center in place in March of 1999 related to: medical complaints by inmates; safety of inmates; newly admitted inmates; transfer of inmates from one cell to another; day room procedures; log book procedures; tours by Correction Officers; and all population counts, including, but not limited to, emergency, formal and informal counts.

Request No. 4:

All documents concerning inmate grievances involving any of the Defendants.

Request No. 5:

All documents concerning reprimands of Defendants, including but not limited to, reprimands of Defendant Channer at Enfield Correctional Institution and Hartford Correctional Center.

Request No. 6:

All documents concerning inmate grievance procedures at Hartford Correctional Center in place in March of 1999.

110161731v1

Request No. 7:

All documents concerning disciplinary records of Defendants.

                                             PLAINTIFF
                                             KEITH BARILE

By: _____
      Henry K. Snyder (ct 17242)
      Daniel J. Richert (ct 25302)
      Pillsbury Winthrop LLP
      695 East Main Street
      Stamford, CT 06904
      Tel. 203-348-2300

## CERTIFICATE OF SERVICE

I certify that on this 14th day of April, 2004, I caused an original copy of the attached Plaintiff's Second Set of Requests for Production to be served by First Class U.S. Mail upon the following counsel for Defendants:

> Steven R. Strom, Esq.
> Lynn D. Wittenbrink, Esq.
> Attorney General's Office
> 110 Sherman Street
> Hartford, CT  06105

Daniel J. Richert (ct 25302)

110161731v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH BARILE | : |
| Plaintiff, | : PRISONER<br>: CIVIL NO. 3:00CV2253 (JCH)(HBF) |
| v. | : |
| C.O. DRUMMOND, ET AL., | : APRIL 30, 2004 |
| Defendant. | : |

## PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION

PLEASE TAKE NOTICE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant Keith Barile ("Barile" or "Plaintiff"), by his attorneys Pillsbury Winthrop LLP, hereby propounds the following Requests for Production to Defendants C.O. Barry Drummond, C.O. Ossie Channer, Nurse Robin Maciag and Nurse Tony Villarini (collectively, "Defendants") and hereby requests that Defendants serve their responses and objections, if any, upon the offices of Pillsbury Winthrop LLP, Financial Centre, 695 E. Main Street, Stamford, Connecticut, 06904-6760, within thirty (30) days of the date of service hereof.

### INSTRUCTIONS

The instructions and definitions in Rule 26 of the United States District Court District of Connecticut Local Rules of Civil Procedure are hereby expressly incorporated by reference.

### REQUESTS FOR PRODUCTION

Request No. 1:

All documents concerning post orders at the Hartford Correctional Center in place in March of 1999 for Correctional Officers on tiers East-2 and West-2.

110162040v1

Request No. 2:

All documents concerning reviews of Defendants' job performance while working at correctional institutions, including, but not limited to, Hartford Correctional Center, through March of 1999.

Request No. 3:

All documents concerning in service training attended by Defendants while working at correctional institutions, including, but not limited to, Hartford Correctional Center, through March of 1999.

PLAINTIFF
KEITH BARILE

By: _____
Henry K. Snyder (ct 17242)
Daniel J. Richert (ct 25302)
Pillsbury Winthrop LLP
695 East Main Street
Stamford, CT 06904
Tel. 203-348-2300

110162040v1

## CERTIFICATE OF SERVICE

I certify that on this 30th day of April, 2004, I caused an original copy of the attached Plaintiff's Third Set of Requests for Production to be served by facsimile First Class U.S. Mail upon the following counsel for Defendants:

> Steven R. Strom, Esq.
> Lynn D. Wittenbrink, Esq.
> Attorney General's Office
> 110 Sherman Street
> Hartford, CT 06105

_____
Daniel J. Richert (ct 25302)

110162040v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH BARILE : | |
| : | PRISONER |
| Plaintiff, : | CIVIL NO. 3:00CV2253 (JCH)(HBF) |
| : | |
| v. : | |
| : | |
| : | |
| C.O. DRUMMOND, ET AL., : | JUNE 7, 2004 |
| : | |
| Defendant. : | |

### PLAINTIFF'S FOURTH SET OF REQUESTS FOR PRODUCTION

PLEASE TAKE NOTICE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant Keith Barile ("Barile" or "Plaintiff"), by his attorneys Pillsbury Winthrop LLP, hereby propounds the following Requests for Production to Defendants C.O. Barry Drummond, C.O. Ossie Channer, Nurse Robin Maciag and Nurse Tony Villarini (collectively, "Defendants") and hereby requests that Defendants serve their responses and objections, if any, upon the offices of Pillsbury Winthrop LLP, Financial Centre, 695 E. Main Street, Stamford, Connecticut, 06904-6760, within thirty (30) days of the date of service hereof.

### INSTRUCTIONS

The instructions and definitions in Rule 26 of the United States District Court District of Connecticut Local Rules of Civil Procedure are hereby expressly incorporated by reference.

### REQUESTS FOR PRODUCTION

Request No. 1:

All documents concerning inmate medical grievances at Hartford Correctional Center for the year of 1999.

110162655v1

Request No. 2:

All documents concerning unit directives for inmate grievance procedures at Hartford Correctional Center for the year of 1999.

                                        PLAINTIFF
                                        KEITH BARILE

                                        By: _____
                                        Henry K. Snyder (ct 17242)
                                        Daniel J. Richert (ct 25302)
                                        Pillsbury Winthrop LLP
                                        695 East Main Street
                                        Stamford, CT  06904
                                        Tel. 203-348-2300

110162655v1

## CERTIFICATE OF SERVICE

I certify that on this 7th day of June, 2004, I caused an original copy of the attached Plaintiff's Fourth Set of Requests for Production to be served by facsimile and First Class U.S. Mail upon the following counsel for Defendants:

Steven R. Strom, Esq.
Lynn D. Wittenbrink, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
Daniel J. Richert (ct 25302)

110162655v1