UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH BARILE | : | |
| | : | |
| Plaintiff, | : | CIVIL NO. 3:00CV2253 (HBF) |
| | : | |
| v. | : | |
| | : | |
| C.O. DRUMMOND, ET AL., | : | JANUARY 31, 2005 |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S SEPARATE LIST OF WITNESSES

1.    Keith Barile, #237196, Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, CT.

2.    Anthony Crump, 27 Grand Street, Middletown, CT 06457.

3.    Lt. Kenneth Olszta, HCC, 177 Weston St., Hartford, CT.

4.    Jennifer Benjamin-Gavin, RN, BSN, MSN, CCHP, Nurse Consultant, DPH, 410 Capitol Ave., Hartford, CT.

5.    Dr. James McKenna, HCC, 177 Weston St., Hartford, CT.

6.    Jacqueline Barile, 302 Green Road, Apt. C, Manchester, CT.

Plaintiff retains the right to call additional witnesses in order to rebut testimony of any of Defendants' witnesses.

Respectfully submitted,

PLAINTIFF
KEITH BARILE

By: _____

     Henry K. Snyder (ct 17242)
     Daniel J. Richert (ct 25302)
     Kenneth A. Newby (ct 26319)
     Pillsbury Winthrop LLP
     695 East Main Street
     Stamford, CT  06904
     Tel. 203-348-2300
     Fax. 203-965-8226
     hsnyder@pillsburywinthrop.com
     drichert@pillsburywinthrop.com
     knewby@pillsbuywinthrop.com

## **CERTIFICATE OF SERVICE**

I certify that on this 31st day of January, 2005, I caused an original copy of the attached

Plaintiff's Separate List of Witnesses to be served by First Class U.S. Mail upon the following

counsel for Defendants:

> Steven R. Strom, Esq.
> Lynn D. Wittenbrink, Esq.
> Attorney General's Office
> 110 Sherman Street
> Hartford, CT  06105

_____
Daniel J. Richert (ct 25302)

110166585v1