UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH BARILE | : |
| | : |
| Plaintiff, | : CIVIL NO. 3:00CV2253 (HBF) |
| | : |
| v. | : |
| | : |
| C.O. DRUMMOND, ET AL., | : FEBRUARY 4, 2005 |
| | : |
| Defendants. | : |

**PLAINTIFF'S ADDITIONAL PROPOSED JURY INSTRUCTION**

Plaintiff Keith Barile respectfully proposes the following addition jury instruction for use in the above-captioned matter:

1. Acting or failing to act with deliberate indifference to a substantial risk of serious harm to a prisoner is the equivalent of recklessly disregarding that risk.

Respectfully submitted,

PLAINTIFF
KEITH BARILE

By: _____
Henry K. Snyder (ct 17242)
Daniel J. Richert (ct 25302)
Kenneth A. Newby (ct 26319)
Pillsbury Winthrop LLP
695 East Main Street
Stamford, CT 06904
Tel. 203-348-2300
Fax. 203-965-8226
hsnyder@pillsburywinthrop.com
drichert@pillsburywinthrop.com
knewby@pillsbuywinthrop.com

110166699v1

## CERTIFICATE OF SERVICE

I certify that on this 4th day of February, 2005, I caused an original copy of the attached to be served by hand upon the following counsel for Defendants:

>Steven R. Strom, Esq.
>Lynn D. Wittenbrink, Esq.
>Attorney General's Office
>110 Sherman Street
>Hartford, CT  06105

_____
Daniel J. Richert (ct 25302)