UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH BARILE | : |
| Plaintiff, | : CIVIL NO. 3:00CV2253 (HBF) |
| v. | : |
| C.O. DRUMMOND, ET AL., | : FEBRUARY 4, 2005 |
| Defendants. | : |

### PLAINTIFF'S PROPOSED CHANGES TO VERDICT FORM

Plaintiff Keith Barile respectfully proposes the following changes to the Court's proposed verdict form in the above-captioned matter:

4. If yes to Question 3, did the plaintiff prove that C.O. DRUMMOND knew of this risk and deliberately disregarded this risk by failing to take reasonable measures to abate it?

7. If yes to Question 6, did the plaintiff prove that defendant C.O. CHANNER exhibited deliberate indifference to the plaintiff's serious medical needs?

10. If yes to Question 9, did the plaintiff prove that defendant Medic Villarini exhibited deliberate indifference to the plaintiff's serious medical needs?

13. If yes to Question 12, did the plaintiff prove that defendant Nurse Maciag exhibited deliberate indifference to the plaintiff's serious medical needs?

17. If you awarded actual or nominal damages in response to Question 14 or Question 15, do you find that any of the defendant(s) you have found to have violated MR.

110166700v1

BARILE'S constitutional rights should be punished or deterred from future misconduct by an award of punitive damages?

Respectfully submitted,

PLAINTIFF
KEITH BARILE

By: _____
Henry K. Snyder (ct 17242)
Daniel J. Richert (ct 25302)
Kenneth A. Newby (ct 26319)
Pillsbury Winthrop LLP
695 East Main Street
Stamford, CT  06904
Tel. 203-348-2300
Fax. 203-965-8226
hsnyder@pillsburywinthrop.com
drichert@pillsburywinthrop.com
knewby@pillsbuywinthrop.com

## CERTIFICATE OF SERVICE

I certify that on this 4th day of February, 2005, I caused an original copy of the attached to be served by hand upon the following counsel for Defendants:

>Steven R. Strom, Esq.
>Lynn D. Wittenbrink, Esq.
>Attorney General's Office
>110 Sherman Street
>Hartford, CT  06105

_____
Daniel J. Richert (ct 25302)