UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 25 A 9:50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

KEITH BARILE

        Plaintiff,

v.

C.O. DRUMMOND, ET AL.,

        Defendant.

CIVIL NO. 3:00CV2253 (HBF)

JANUARY 21, 2005

### PLAINTIFF'S EXHIBIT LIST

Plaintiff Keith Barile, by his attorneys Pillsbury Winthrop LLP, respectfully submits this list of exhibits to be used at trial.

1. Deposition transcript of Keith Barile, dated September 10, 2002.

2. Deposition transcript of Jennifer Benjamin-Gavin, dated May 6, 2004.

3. Deposition transcript of Sharon Brown, dated June 3, 2004.

4. Deposition transcript of Ossie Channer, dated April 8, 2004.

5. Deposition transcript of Anthony Crump, dated September 27, 2004.

6. Deposition transcript of Barry Drummond, dated April 14, 2004.

7. Deposition transcript of Fred Kurtz, dated June 3, 2004.

110166345v1

8. Non-confidential portion of deposition transcript of Robin Maciag, dated April 8, 2004.

9. Deposition transcript of Dr. James McKenna, dated September 27, 2004.

10. Deposition transcript of Kenneth Olszta, dated June 3, 2004.

11. Deposition transcript of Theresa Pemberton, dated June 3, 2004.

12. Deposition transcript of Stacy Smith, dated June 3, 2004.

13. Deposition transcript of Antonio Villarini, dated April 8, 2004.

14. X-ray of Plaintiff's left arm, dated March 18, 1999.

15. X-ray of Plaintiff's left arm, dated April 19, 1999.

16. Plaintiff's Medical Record from the Connecticut Department of Correction.

FULL 2/1/05 17. Incident Report related to March 13, 1999 incident involving Plaintiff.

18. Affidavit of Jennifer Benjamin-Gavin.

19. Affidavit of Ossie Channer.

20. Affidavit of Christopher Coutant.

FULL 2/2/05 21. Affidavit of Barry Drummond.

22. Affidavit of Kenneth Olszta.

23. Affidavit of Theresa Pemberton.

110166345v1

24. Affidavit of Sharon Brown.

25. Affidavit of Fred Kurtz.

26. Affidavit of Stacy Smith.

27. Inmate Handbook for Hartford Correctional Center, revised September 1998.

28. Original handwritten copy of inmate request form, dated March 16, 1999.

29. Original handwritten copies of grievances filed by Plaintiff, dated March 29, 1999, March 30, 1999, April 29, 1999, April 30, 1999, and May 25, 1999.

30. Letter from the Plaintiff to James R. Smith, Claims Commissioner of the State of Connecticut, dated August 24, 1999.

31. Log book entries for Hartford Correctional Center ("HCC") during the time in question.

32. Photograph of Keith Barile taken after incident on March 13, 1999.

FULL 2/2/05 33. Physicians Orders for Keith Barile from March and April of 1999.

FULL 2/2/05 34. Medication administration records for Plaintiff from March and April of 1999.

35. Robin Maciag Response to Interrogatories, dated December 29, 2004.

36. Antonio Villarini Response to Interrogatories, dated December 29, 2004.

37. Department of Administrative Services job description for Correctional Officer.

110166345v1

38. Department of Administrative Services job description for Licensed Practical Nurse.

39. Department of Administrative Services job description for Correctional Medical Attendant.

40. Connecticut Department of Correction Administrative Directive 1.1.

41. Connecticut Department of Correction Administrative Directive 6.1.

42. Connecticut Department of Correction Administrative Directive 6.2.

43. Connecticut Department of Correction Administrative Directive 6.3.

44. Connecticut Department of Correction Administrative Directive 6.6.

45. Connecticut Department of Correction Administrative Directive 9.1.

46. Connecticut Department of Correction Administrative Directive 9.2.

47. Connecticut Department of Correction Administrative Directive 9.3

48. Connecticut Department of Correction Administrative Directive 9.6

49. Connecticut Department of Correction Administrative Directive 9.9.

50. Connecticut Department of Correction Administrative Directive 9.10.

51. Summary of log book pages listing personnel at HCC at time in question (March 13-18, 1999.

52. Floor Plan for East 2 block at HCC.

4

110166345v1

53. Connecticut Department of Correction Objective Classification Manual.

Plaintiff retains the right to submit additional exhibits to rebut Defendants' testimony.

                Respectfully submitted,

                PLAINTIFF
                KEITH BARILE

        By: _____
                Henry K. Snyder (ct 17242)
                Daniel J. Richert (ct 25302)
                Kenneth A. Newby (ct 26319)
                Pillsbury Winthrop LLP
                695 East Main Street
                Stamford, CT 06904
                Tel. 203-348-2300
                Fax. 203-965-8226
                hsnyder@pillsburywinthrop.com
                drichert@pillsburywinthrop.com
                knewby@pillsburywinthrop.com

110166345v1

## CERTIFICATE OF SERVICE

I certify that on this 24th day of January, 2005, I caused an original copy of the attached Plaintiff's Exhibit List to be served by First Class U.S. Mail upon the following counsel for Defendants:

Steven R. Strom, Esq.
Lynn D. Wittenbrink, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

Daniel J. Richert (ct 25302)

110166345v1