UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

2/4           2005

|                              |   |                              |
|------------------------------|---|------------------------------|
| KEITH BARILE                 | : |                              |
|                              | : |                              |
| Plaintiff,                   | : | CIVIL NO. 3:00CV2253 (HBF)   |
|                              | : |                              |
| v.                           | : |                              |
|                              | : |                              |
| C.O. DRUMMOND, ET AL.,       | : | JANUARY 31, 2005             |
|                              | : |                              |
| Defendants.                  | : |                              |

### PLAINTIFF'S SEPARATE LIST OF WITNESSES

2/1/05  1.  Keith Barile, #237196, Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, CT.

2/2/05  2.  Anthony Crump, 27 Grand Street, Middletown, CT 06457.

2/1/05  3.  Lt. Kenneth Olszta, HCC, 177 Weston St., Hartford, CT.
2/2/05
2/2/05  4.  Jennifer Benjamin-Gavin, RN, BSN, MSN, CCHP, Nurse Consultant, DPH, 410 Capitol Ave., Hartford, CT.

2/2/04  5.  Dr. James McKenna, HCC, 177 Weston St., Hartford, CT.

6.  Jacqueline Barile, 302 Green Road, Apt. C, Manchester, CT.

Plaintiff retains the right to call additional witnesses in order to rebut testimony of any of Defendants' witnesses.

110166585v1

Respectfully submitted,

PLAINTIFF
KEITH BARILE

By: _____
Henry K. Snyder (ct 17242)
Daniel J. Richert (ct 25302)
Kenneth A. Newby (ct 26319)
Pillsbury Winthrop LLP
695 East Main Street
Stamford, CT 06904
Tel. 203-348-2300
Fax. 203-965-8226
hsnyder@pillsburywinthrop.com
drichert@pillsburywinthrop.com
knewby@pillsbuywinthrop.com

2

110166585v1

## CERTIFICATE OF SERVICE

I certify that on this 31st day of January, 2005, I caused an original copy of the attached Plaintiff's Separate List of Witnesses to be served by First Class U.S. Mail upon the following counsel for Defendants:

>Steven R. Strom, Esq.
>Lynn D. Wittenbrink, Esq.
>Attorney General's Office
>110 Sherman Street
>Hartford, CT 06105

_____
Daniel J. Richert (ct 25302)