/37

United States District Court
District of Connecticut
FILED AT      BRIDGEPORT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT ~~~~~ 2/4 2005

Kevin F. Rowe, Clerk

By

Keith Barile                          :        3:00CV 2253(HBF)

                                       :

v.                                     :

Officer Barry Drummond, et al          :        January 26, 2005

## DEFENDANTS' SEPARATE LIST OF WITNESSES[1]

1.          **Theresa C. Lantz**, (or designee), Commissioner of the Connecticut Department of Correction, 24 Wolcott Hill Road, Wethersfield.

2/5/05    2.          **Director Mary Johnson**, and/or her designee, Connecticut Department of Correction, 24 Wolcott Hill Road, Wethersfield

3.          **Warden Charles Lee**, HCC, and/or his designee, 177 Weston St., Hartford, CT.

4.          **Captain Christopher Coutant**, HCC, 177 Weston St., Hartford, CT.  Captain

5.          **Lt. Kenneth Olszta**, HCC, 177 Weston St., Hartford, CT.

2/2/05    6.          **Correction Officer Barry Drummond**, HCC, 177 Weston St., Hartford, CT.

---

[1]    The defendants provide this witness list in preparation for trial at the instruction of the Court Deputy.

*2/3/05*

7.         **Correction Officer Ossie Channer**, MacDougall/Walker CI, 1153 East St. So., Suffield, CT.

*2/2/05*

8.         **Antonio Villarini**, Correction Officer MacDougall/Walker CI, 1153 East St. So., Suffield, CT.

*2/2/05*
*2/3/05*

9.         **Robin Maciag**, RN, Cheshire CI, 900 Highland Ave., Cheshire CT.

10.        **Counselor Supervisor Theresa Pemberton**, and other designee, York CI, Niantic.

11.        **Counselor Supervisor Stacy Smith**, and/or her designee, Public Information Officer, 24 Wolcott Hill Road, Wethersfield. .

12.        **Correctional Nurse Supervisor Sharon Brown**, and/or her designee, HCC, 177 Weston St., Hartford, CT.

13.        **Jennifer Benjamin-Gavin**, RN, BSN, MSN, CCHP, Nurse Consultant, DPH, 410 Capitol Ave., Hartford, CT.

14.        **Dr. James McKenna**, HCC, 177 Weston St., Hartford, CT.

15.        **Fred Kurtz**, formerly employed at HCC (now retired) 177 Weston St., Hartford.

16.        **Fred Levesque**, and/or his designee, Director of Offender Classification and Population Management, MacDougall/Walker CI, 1153 East St. So., Suffield, CT.

17.        **Officer Kapatrick Richardson**, HCC, 177 Weston St., Hartford. Officer Kapatrick will testify as to his observations and actions and the policy and procedure at HCC.

Defendants retain the right to call additional witnesses in order to rebut Plaintiff's testimony.

2

DEFENDANTS,
BARRY DRUMMOND, ET AL

RICHARD BLUMENTHAL

BY: _____
    Lynn D. Wittenbrink
    Assistant Attorney General
    110 Sherman St.
    Hartford CT 06105
    860-808-5450
    860-808-5591  (fax)
    lynn.wittenbrink@po.state.ct.us
    No. 08575ct

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage first class prepaid, to the following this 26th day of January, 2005:

Dan Richert, Esq.
Pillsbury Winthrop
695 East Main Street
Stamford  CT  06904

_____
Lynn D. Wittenbrink
Commissioner of Superior Court

3