AO 187 (Rev. 7/87) Exhibit and Witness List

## United States District Court

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
2/4 __

DISTRICT OF _____

Baulle v. Drummond

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:00 CV 2253 HBC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| FITZSIMMONS | Snyder/Rechert | Whitenbrink |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 2/1 - 2/4/05 | Baldwin/Cominelle | Kolexinki |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/4/05 | | | 1 - Court's Charge |
| | | 2/4/05 | | | 2 - Note from Jury |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages