UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEITH BARILE            :
                        :
                        :
v.                      :      CIV. NO. 3:00cv2253 (HBF)
                        :
                        :
C.O. DRUMMOND, ET AL.   :
                        :
                        :
                        :      FEBRUARY 4, 2004
                        :

VERDICT FORM

We, the jury, unanimously find:

**Part I. LIABILITY**

1. Did the plaintiff, KEITH BARILE, prove that he was confined in the State's custody during March 1999?

    ✓ YES          _____ NO

Correctional Officer Barry Drummond

2. Was defendant C.O. DRUMMOND acting under color of state law?

    ✓ YES          _____ NO

3. If yes to Question 2, did the plaintiff prove that he was incarcerated under conditions that posed a substantial risk of serious harm to him?

    _____ YES      ✓ NO

4. If no to Question 3, go to Question 5. If yes to Question 3, did the plaintiff prove that defendant C.O. DRUMMOND knew of this risk and deliberately disregarded this risk by failing to take reasonable measures to abate it?

    _____ YES      _____ NO

### Correctional Officer Ossie Channer

5. Was defendant C.O. CHANNER acting under color of state law?

____✓____ YES    _____ NO

6. If yes to Question 5, did the plaintiff prove that defendant C.O. CHANNER was aware that the plaintiff had a serious medical need?

_____ YES    ____✓____ NO

7. If no to Question 6, go to Question 8. If yes to Question 6, did the plaintiff prove that defendant C.O. CHANNER was deliberately indifferent to plaintiff's serious medical need?

_____ YES    _____ NO

### Medic Antonio Villarini

8. Was defendant Medic Villarini acting under color of state law?

____✓____ YES    _____ NO

9. If no to Question 8, go to Question 11. If yes to Question 8, did the plaintiff prove that defendant Medic Villarini was aware that the plaintiff had a serious medical need?

_____ YES    ____✓____ NO

10. If yes to Question 9, did the plaintiff prove that defendant Medic Villarini was deliberately indifferent to the plaintiff's serious medical need?

_____ YES    _____ NO

<u>Nurse Robin Maciag</u>

11.  Was defendant Nurse Maciag acting under color of state law?

 ✓  YES       NO

12. If no to Question 11, proceed to Part II. If yes to Question 11, did the plaintiff prove that defendant Nurse Maciag was aware that the plaintiff had a serious medical need?

       YES ✓  NO

13.  If no to Question 12, proceed to Part II.  If yes to Question 12, did the plaintiff prove that defendant Nurse Maciag was deliberately indifferent to plaintiff's serious medical need?

       YES       NO

**Part II. DAMAGES**

**If you answered "YES" to ONE OR MORE of the following questions- Questions 4, 7, 10, OR 13 - proceed to Question 14. Otherwise, you have finished your deliberations and you should skip Part II. The form should be signed and dated by the foreperson on page 5 and you should then report your verdict.**

14.  Did the plaintiff suffer actual damages proximately caused by the violation of his constitutional rights by any of the following defendants:

|  | YES | NO | NO VIOLATION |
|---|---|---|---|
| C.O. BARRY DRUMMOND |  |  |  |
| C.O. OSSIE CHANNER |  |  |  |
| MEDIC ANTONIO VILLARINI |  |  |  |
| NURSE ROBIN MACIAG |  |  |  |

3

**For any defendant for whom you answered yes, go to Question 16.**

15. If you find that the plaintiff failed to prove actual damages from a constitutional violation and you answered "NO" to any defendant in Question 14, do you find an award of one dollar in nominal damages appropriate?

_____ YES        _____ NO

16. What sum do you find will fairly, reasonably and justly compensate the plaintiff for injuries caused by the individual violations of his constitutional rights which you found occurred?

DELIBERATE INDIFFERENCE TO SAFETY:

   C.O. DRUMMOND                        $_____

DELIBERATE INDIFFERENCE TO SERIOUS
   MEDICAL NEEDS:

   C.O. OSSIE CHANNER                   $_____

   MEDIC ANTONIO VILLARINI              $_____

   NURSE ROBIN MACIAG                   $_____

17. If you awarded actual or nominal damages in response to Question 15 or Question 16, and keeping in mind my charge on punitive damages, do you find that any of the defendant(s) you have found to have violated MR. BARILE'S constitutional rights should be punished or deterred from future misconduct by an award of punitive damages?

_____ YES        _____ NO

If yes, which defendant(s)? [Indicate by check mark.]

C.O. BARRY DRUMMOND        _____

C.O. OSSIE CHANNER         _____

MEDIC ANTONIO VILLARINI    _____

NURSE ROBIN MACIAG         _____

4

And, for any defendant checked, in what amount(s)?

    C.O. BARRY DRUMMOND     $\_\_\_\_\_

    C.O. OSSIE CHANNER       $\_\_\_\_\_

    MEDIC ANTONIO VILLARINI $\_\_\_\_\_

    NURSE ROBIN MACIAG       $\_\_\_\_\_

When you have finished answering the questions on this form, the form should be signed and dated by the foreperson and you should then report your verdict.

_____          2/4/2005
Foreperson                                    Date