UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



FILED

2005 FEB -8  A 8: 59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

KEITH LAWRENCE BARILE

v.                                                    3:00cv2253 (HBF)

C/O BARRY DRUMMOND, C/O OSSIE
CHANNER, MEDIC ANTONIO VILLARINI,
NURSE ROBIN MACIAG

## JUDGMENT

This action came on for trial before a jury and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge after a Consent to Proceed Before a United States Magistrate Judge was filed on August 19, 2004.

On February 4, 2005, after deliberation, the jury entered a verdict in favor of the defendants, C/O Barry Drummond, C/O Ossie Channer, Medic Antonio Villarini and Nurse Robin Maciag.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed..

Dated at Bridgeport, Connecticut, this 7th day of February 2005.

KEVIN F. ROWE, Clerk

By _____

Diane Kolesnikoff
Deputy Clerk

Entered on Docket_____