UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH BARILE | : | 3:00CV2253(HBF) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL, | : | FEBRUARY 16, 2005 |

## DEFENDANTS' MOTION FOR COSTS

The defendants, having prevailed at trial, respectfully move, pursuant to Local Rule 54 for costs in the amount of $3,160.65, as provided in 28 U.S.C. §§ 1821, 1915(f)(2)(B), 1920, 1923 and 1924. The Court previously ordered plaintiff to pay $500.00 for security for costs, but deferred that ruling until after trial. The defendants respectfully claim that plaintiff cannot litigate "cost-free." Defendants' verified costs total $3,160.65 and are set forth in the accompanying affidavit and bill of costs.

                                                                       DEFENDANTS
                                                                       Barry Drummond, et.al.

                                                                       RICHARD BLUMENTHAL
                                                                       ATTORNEY GENERAL

BY:    /s/
                                                Steven R. Strom
                                                Assistant Attorney General
                                                110 Sherman Street
                                                Hartford, CT  06105
                                                Federal Bar #ct01211
                                                E-Mail: steven.strom@po.state.ct.us
                                                Tel.: (860) 808-5450
                                                Fax: (860) 808-5591

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this ___ day of February, 2005 to:

        Henry K. Snyder (ct17242)
        Daniel J. Richert (ct25302)
        Kenneth A. Newby(ct26319)
        Pillsbury Winthrop LLP
        695 East Main Street
        Stamford, CT 06904

                                            ___/s/_____
                                            Steven R. Strom
                                            Assistant Attorney General