UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH BARILE | : | 3:00CV2253(HBF) |
| | : | |
| v. | : | |
| | : | |
| BARRY DRUMMOND, ET AL, | : | FEBRUARY 16, 2005 |

## **DEFENDANTS' BILL OF COSTS**

| | |
|---|---|
| Deposition of Keith Barile | $525.30 |
| Deposition of Anthony Crump | $377.55 |
| Depositions of Ossie Channer, Robin Maciag, Antonio Villarini | $511.00 |
| Deposition of Barry Drummond | $367.82 |
| Deposition of Jennifer B. Gavin | $115.54 |
| Depositions of Kenneth Olszta, Sharon Brown, Fred Kurtz, Theresa Pemberton, Stacy Smith | $627.00 |
| Deposition of James McKenna | $168.54 |
| Deposition of Fred Levesque | $375.00 |
| Subpoena/Witness Fee for Crump | $ 52.00 |
| Marshal's Fees to Serve Anthony Crump for deposition | $ 40.90 |
| Total | $ 3160.95 |

Respectfully Submitted,

DEFENDANTS
Barry Drummond, et.al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct01211
E-Mail:  steven.strom@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this ___ day of   February,  2005 to:

Henry K. Snyder
Daniel J. Richert
Kenneth A. Newby
Pillsbury Winthrop LLP
695 East Main Street
Stamford, CT 06904

___/s/_____
Steven R. Strom
Assistant Attorney General