UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH BARILE | : | 3:00CV2253(HBF) |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL, | : | FEBRUARY 16, 2005 |

### AFFIDAVIT OF SERVICE AND VERIFICATION OF COSTS

I, Steven R. Strom, having been duly sworn, do hereby depose and say that:

1. I am an Assistant Attorney General for the State of Connecticut. I served as counsel of record for all defendants during all proceedings in the above-captioned case.

2. I hereby verify that the defendants were billed a total of $3,160.65 for deposition transcripts, and subpoena/marshal fees in this matter. The bills for those costs, copies of which are attached to bill of costs, was forwarded to and paid by the Connecticut Department of Correction and/or the Attorney General's Office.

3. It should be noted that plaintiff was given numerous copies of various documents, including a copy of his medical file, and copies were provided free of charge. On information and belief, there were over one hundred pages of free copies provided to plaintiff. In addition, there were copy costs for providing plaintiff with the x-ray films taken at Hartford CC. These costs for copying the x-rays were not billed to plaintiff

4. I hereby certify that a copy of defendants' bill of costs and supporting materials were mailed first class, postage prepaid to plaintiff's counsel of record.

I have read the foregoing and examined the attached copies and they are all true and accurate to the best of my knowledge and belief.

                                                                        /s/_____
                                                                  Steven R. Strom
                                                                  Assistant Attorney General

Subscribed and sworn before me this _____ day of February, 2005.

                                                                      /s/_____
                                                                  Lynn D. Wittenbrink
                                                                  Commissioner of the Superior Court

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this \_\_\_ day of February, 2005 to:

                     Henry K. Snyder
                     Daniel J. Richert
                     Kenneth A. Newby
                     Pillsbury Winthrop LLP
                     695 East Main Street
                     Stamford, CT 06904

                                                                 /s/_____
                                                                 Steven R. Strom
                                                                  Assistant Attorney General