# Brandon Smith Reporting Service, LLC®

44 Capitol Avenue
Hartford, CT 06106

| Date | Invoice# | Paid |
|---|---|---|
| 10/7/2002 | 227pr | 10/21/2002 |

**Billed to:**
Lynn D. Wittenbrink
Attorney General
110 Sherman Street
Hartford, CT 06141-0120

| | |
|---|---|
| **Date** | 9/10/2002 |
| **Time** | 1000 |
| **Witness** | Barile, Keith |
| **Case** | Barile vs c/o Drummond, et al |
| **Venue** | |
| **Case #** | Cv2253(JCH)(HBF) |
| **File No.** | |
| **Claim No.** | |

| Description | Quan | Total |
|---|---|---|
| Attorney General | 114 | $450.30 |
| Attorney-General-Appearance | 1 | $75.00 |
| | **Invoice Total** | **$525.30** |
| | **Payments** | **$525.30** |
| | **Balance Due** | **$0.00** |

http://ww2.courtpages.net/invoice.asp?InvoicestoShow=BilledMe&invoicenum=1033993524    2/9/2005

**Invoice** Page 1 of 1

# Brandon Smith Reporting Service, LLC®

44 Capitol Avenue
Hartford, CT 06106

| Date | Invoice# | Paid |
|---|---|---|
| 10/5/2004 | 12883BL | 11/16/2004 |

**Billed to:**
Lynn D. Wittenbrink
Attorney General
110 Sherman Street
Hartford, CT 06141-0120

| | |
|---|---|
| Date | 9/27/2004 |
| Time | 100 |
| Witness | Crump, Anthony |
| Case | Barile vs c/o Drummond, et al |
| Venue | |
| Case # | Cv2253(JCH)(HBF) |
| File No. | |
| Claim No. | |

| Description | Quan | Total |
|---|---|---|
| Original and One | 69 | $272.55 |
| Multipage Condensed | 1 | $30.00 |
| Attorney General - Appearance | 1 | $75.00 |
| | **Invoice Total** | **$377.55** |
| | **Payments** | **$377.55** |
| | **Balance Due** | **$0.00** |

http://ww2.courtpages.net/invoice.asp?InvoicestoShow=BilledMe&invoicenum=-885386113    2/9/2005

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

ATTORNEY GENERAL'S OFFICE
110 SHERMAN STREET
HARTFORD, CT 06105

ATTN: STEVEN STROM, ESQ.

KEITH BARILE VS. C.O. DRUMMOND, ET AL

INVOICE NO. 15204
INVOICE DATE: 4/20/2004
REPORTER:
ELIZABETH ZAWACKI

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 4/08/2004 | DEPOSITIONS: OSSIE CHANNER (105) | 1.00 | | |
| | ROBIN MACIAG (73) | 1.00 | | |
| | ANTONIO VILLARINI (35) | 1.00 | | |
| | PAGES, 1 COPY @ 2.00 | 213.00 | 2.00 | 426.00 |
| | MINITRANSCRIPT @ $25.00 | 3.00 | 25.00 | 75.00 |
| 4/19/2004 | DELIVERY | 1.00 | 10.00 | 10.00 |
| | | | Sub Total | 511.00 |
| | | | Paid | 511.00 |
| | | | Balance Due | 0.00 |

**PLEASE RETURN ONE COPY WITH REMITTANCE**

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

ATTORNEY GENERAL'S OFFICE
110 SHERMAN STREET
HARTFORD, CT 06105

ATTN: LYNN WITTENBRINK, ESQ.

KEITH BARILE VS. C.O. DRUMMOND

INVOICE NO. 15246
INVOICE DATE: 4/21/2004
REPORTER:
ELIZABETH ZAWACKI

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 4/14/2004 | DEPOSITIONS: BARRY DRUMMOND | 1.00 | | |
| | PAGES, 1 COPY @ 2.00 | 155.00 | 2.00 | 310.00 |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 4/21/2004 | FEDERAL EXPRESS | 1.00 | 12.00 | 12.00 |
| | SALES TAX | 1.00 | 20.82 | 20.82 |
| | Sub Total | | | 367.82 |
| | Paid | | | 367.82 |
| | Balance Due | | | 0.00 |

**PLEASE RETURN ONE COPY WITH REMITTANCE**

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

ATTORNEY GENERAL'S OFFICE
110 SHERMAN STREET
HARTFORD, CT 06105

ATTN: STEVEN STROM, ESQ.

KEITH BARILE VS. C.O. DRUMMOND

INVOICE NO.   15426
INVOICE DATE:   5/14/2004
REPORTER:
ELIZABETH ZAWACKI

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 5/06/2004 | DEPOSITIONS: JENNIFER B. GAVIN | 1.00 | | |
| | PAGES, 1 COPY @ 2.00 | 36.00 | 2.00 | 72.00 |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 5/14/2004 | DELIVERY | 1.00 | 12.00 | 12.00 |
| | SALES TAX | 1.00 | 6.54 | 6.54 |
| | | | Sub Total | 115.54 |
| | | | Paid | 115.54 |
| | | | Balance Due | 0.00 |

PLEASE RETURN ONE COPY WITH REMITTANCE

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

ATTORNEY GENERAL'S OFFICE
110 SHERMAN STREET
HARTFORD, CT 06105

ATTN: STEVEN STROM, ESQ.

KEITH BARILE VS. C.O. DRUMMOND, ET AL

INVOICE NO.      15671
INVOICE DATE:    6/14/2004
REPORTER:
ELIZABETH ZAWACKI

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 6/03/2004 | DEPOSITIONS: KENNTH OLSZTA (118) | 1.00 | | |
| | SHARON BROWN ( 26 ) | 1.00 | | |
| | FRED KURTZ ( 26 ) | 1.00 | | |
| | TERESA PEMBERTON ( 35 ) | 1.00 | | |
| | STACY SMITH ( 40 ) | 1.00 | | |
| | PAGES, 1 COPY @ 2.00 | 245.00 | 2.00 | 490.00 |
| | MINITRANSCRIPTS (5) @ $25.00 | 5.00 | 25.00 | 125.00 |
| 6/14/2004 | FEDERAL EXPRESS | 1.00 | 12.00 | 12.00 |

Sub Total    627.00
Paid         627.00
Balance Due    0.00

**PLEASE RETURN ONE COPY WITH REMITTANCE**

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

ATTORNEY GENERAL'S OFFICE
110 SHERMAN STREET
HARTFORD, CT 06105

ATTN: LYNN WITTENBRINK, ESQ.

KEITH BARILE VS. C.O. DRUMMOND

INVOICE NO. 16594
INVOICE DATE: 10/06/2004
REPORTER:
ELIZABETH ZAWACKI

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 9/27/2004 | DEPOSITIONS: JAMES McKENNA | 1.00 | | |
| | PAGES, 1 COPY @ 2.00 | 61.00 | 2.00 | 122.00 |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 10/05/2004 | DELIVERY | 1.00 | 12.00 | 12.00 |
| | SALES TAX | 1.00 | 9.54 | 9.54 |
| | | | Sub Total | 168.54 |
| | | | Paid | 168.54 |
| | | | Balance Due | 0.00 |

**PLEASE RETURN ONE COPY WITH REMITTANCE**

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

ATTORNEY GENERAL'S OFFICE
110 SHERMAN STREET
HARTFORD, CT 06105

ATTN: LYNN WITTENBRINK, ESQ.

KEITH BARILE VS. C.O. DRUMMOND, ET AL

INVOICE NO. 17543
INVOICE DATE: 1/28/2005
REPORTER:
ELIZABETH ZAWACKI

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 1/27/2005 | DEPOSITIONS: FREDERICK LEVESQUE | 1.00 | | |
| | PAGES, 1 COPY @ 4.00 (DAILY) | 72.00 | 4.00 | 288.00 |
| | E-MAILED 1-27-05 BY REPORTER | 1.00 | 25.00 | 25.00 |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| | ASCII DISK | 1.00 | 25.00 | 25.00 |
| 1/28/2005 | DELIVERY | 1.00 | 12.00 | 12.00 |

Sub Total  375.00
Paid  0.00
Balance Due  375.00

**PLEASE RETURN ONE COPY WITH REMITTANCE**

# Issued by the
# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

KEITH BARILE

V.

C.O. DRUMMOND, ET AL.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] 3:00CV2253 (JCH)(HBF)

TO: Anthony Crump
27 Grand Street, 1st Floor
Middletown, CT 06457

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Office of the Attorney General<br>110 Sherman Street<br>Hartford, CT 06105 | September 27, 2004<br>1:00 p.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
Any and all documents and/or materials related to this case, including but not limited to written statements, letters, memos, etc. to or from Keith Barile, to and from defendants in your possession or control

| PLACE | DATE AND TIME |
|---|---|
| Office of the Attorney General<br>110 Sherman Street<br>Hartford, CT 06105 | September 27, 2004<br>1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Steven R. Strom*   Attorney For Defendants | August 24, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Steven R. Strom, Assistant Attorney General
Office of the Attorney General, 110 Sherman St., Hartford, CT 06105   (860) 808-5450

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 9/7/2004 | 27 Grand Street Middletown, CT |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Anthony Crump | In hand |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Robert E. McCarthy | State Marshal |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/7/2004
DATE

SIGNATURE OF SERVER

Service  $30.00      witness fee
Endorsement  .80     tendered
Travel 10.8mi  8.10  by A.G.O.
  x 2mi
Copy           2.00
              -------
              $40.90

ADDRESS OF SERVER
50 Bartman Rd
Higganum, CT 06441

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that,
subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

| INVOICE - VOUCHER FOR GOODS OR SERVICES RENDERED TO THE STATE OF CONNECTICUT | | | | | STATE OF CONNECTICUT OFFICE OF THE STATE COMPTROLLER ACCOUNTS PAYABLE DIVISION | |
|---|---|---|---|---|---|---|

CO-17 REV. 3/98 (Stock No. 102-01)

**VENDOR:** PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH TO **AGENCY BILLING ADDRESS** SHOWN ON PURCHASE ORDER.

**00797350**

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00797350 | (5) DOCUMENT AMOUNT $ 40.90 | |
|---|---|---|---|---|---|
| (6) DOCUMENT DATE 9/7/2004 | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE | (10) COMM. AGCY. | (11) LIQ. | (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX 046 30 5031 |

**VENDOR / PAYEE:** FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT

(14) PAYEE: Robert E. McCarthy
PAYEE ADDRESS: 50 Bartman Rd
ADDRESS:
CITY: Higganum  STATE: CT  ZIP CODE: 06441

(15) ARE YOU INCORPORATED? ☐ YES ☒ NO
(16) ARE YOU A NON - PROFIT ORGANIZATION? ☐ YES ☒ NO

(17) VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS (E.G., VENDOR INVOICE NUMBER, CLIENT NAME; DATE, ETC, FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE).

| (18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| Subpoena in a Civil Case Keith Barile v. C.O. Drummond, et al Served: Anthony Crump | | | | |
| Service | 1 | 1 | $30.00 | $30.00 |
| Travel 21.6mi | 1 | 21.6 | 0.375 | 8.10 |
| Endorsement | 2 | 2 | .40 | .80 |
| Copy | 2 | 2 | 1.00 | 2.00 |
| [signature] 9/7/2004 | | | | $40.90 |

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGENCY | (27) COST CENTER FUND | SID | (28) OBJECT | AGENCY TAIL (29) FUNCTION | (30) ACTIVITY | (31) EXTENSION | (32) F.Y. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

(33) AGENCY NAME AND ADDRESS
Office of Attorney General
110 Sherman Street
Hartford, CT 06105

OK for payment

(34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE [signature]
(35) RECEIVING REPORT NO. /
(36) DATE(S) OF RECEIPT(S) 9-10-04

**SHIPPING INFORMATION**

| (37) DATE SHIPPED | (38) FROM - CITY / STATE | (39) VIA - CARRIER | (40) F.O.B. |
|---|---|---|---|

DISTRIBUTION: WHITE-COMPTROLLER   CANARY -AGENCY

```
                                                                    12753
ATTORNEY GENERAL, STATE OF CONNECTICUT
        55 ELM ST.  PH. 860-808-5087
        HARTFORD, CT  06106
                                                              51-57/119
                                              DATE  8/24/04
PAY
TO THE
ORDER OF  Anthony Crump                              $ 52.00

Fifty two dollars and 00/100                              DOLLARS

       Fleet
04205  www.fleet.com
       Government Banking

FOR  Federal witness fee                   [signature]

⑈012753⑈ ⑉011900571⑉: 93950 55516⑈
```