Keith Barile                          :     3:00CV2253(HBF)
    Plaintiff

                               :

    v.                           :

Barry Drummond et al.      :
    Defendant                      November 29, 2005

### Motion in Opposition to Defendants Motion for Costs

The plaintiff, Keith Barile, pro se, opposes the defendants motion for costs and respectfully requests this court deny that motion.

Respectfully submitted,

_____
Keith Barile #237196
Plaintiff

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed in accordance with Rule 5(b) Fed. R. Civ. Proc. this 29th day of November, 2005.

Steven Strom
Asst. Atty. General
110 Sherman St.
Hartford, Ct. 06105

_____
Keith Barile #237196