Keith Barile
  Plaintiff

v.

Barry Drummond, et al.
  Defendant

NOV - 8 2005

3:00CV2253(HBF) FILED

2005 DEC 22 P 3:38

U.S. DISTRICT COURT
October 31, 2005

## Plaintiff's Motion to Vacate

### Court Order

The plaintiff, Keith Barile, Pro-se, moves this court vacate its order awarding costs in the amount of $2,607.15, dated 9-29-05.

In its ruling the court states that "the plaintiff has not claimed an inability to pay costs, and, in fact, has failed to object to the defendants motion for costs." The plaintiff asserts that a motion in opposition was filed in March of 2005 via the inmate mail system. The motion was filed March 2, 2005 (see attached).

This plaintiff strenuously opposes the defendants motion for costs, and will refile his motion in opposition immediately.

Keith Barile / #237196
Plaintiff

CERTIFICATION

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. Rules of Civil Procedure, this 31st day of October 2005, to:

Steven Strom
Assistant Atty. General
110 Sherman Street
Hartford, Ct. 06105

Keith Barile #237196
Plaintiff